```
Court Name: District Court
Division: 400
Receipt Number: 400002129
Cashier ID: mhupp
Transaction Date: 12/28/2017
Payer Name: ELMER WOODARD
----------------------------------------
CIVIL FILING FEE
 For: ELMER WOODARD
 Case/Party: D-VAW-3-17-CV-000089-001
 Amount:       $400.00
----------------------------------------
CHECK
 Check/Money Order Num: 1010
 Amt Tendered:  $400.00
----------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

CHRISTOPHER CANTWELL V. EDWARD J.
GORCENSKI, ET AL.

3:17CV00089
CIVIL FILING FEE
```