

Emily G, Cville. @EmilyGorcenski · Aug 30

The fascist DHS is now branding my friends--who didn't attack anybody and who don't obscure their identity--as extremists, with lies.

> The Aug. 9 report by the DHS Office of Intelligence and Analysis was done in coordination with local, state and federal authorities at the Virginia Fusion Center. It stated that white supremacists and anti-fascist "antifa" extremists had clashed twice before in Charlottesville, at a white nationalist rally on May 13 and a Ku Klux Klan gathering July 7. At each event, "anarchist extremists" attacked protesters who had been issued permits, leading to fights, injuries, arrests and at least two felony charges of assault and battery.

4   71   82

Emily G, Cville. Retweeted

cvillenews.com @cvillenewscom · Aug 30