

**Emily G, Cville.** ✓
@EmilyGorcenski

| Tweets | Following | Followers | Likes | Lists |
| --- | --- | --- | --- | --- |
| **29K** | 1,413 | 23.1K | 19.4K | 5 |

Follow

Replying to @EmilyGorcenski @BobbyNechayev and 2 others

I got maced and beaten for this. Still have the bruises. I swore out the warrant against Cantwell. Me. Antifa. Where were you?

💬 3          ↻ 14          ♡ 61

↻ Emily G, Cville. Retweeted

**Emily G, Cville.** ✓  @EmilyGorcenski · Aug 28

Replying to @EmilyGorcenski @BobbyNechayev and 2 others

I'm in the center of this frame, arms up, elbows out, in non-violent pose--an antifa tactic--defending 2 students from a man w/ a swastika.

💬 1          ↻ 14          ♡ 45

↻ Emily G, Cville. Retweeted

**Emily G, Cville.** ✓  @EmilyGorcenski · Aug 28

Replying to @BobbyNechayev @stuxnetsource @mattyglesias

Hey @mattyglesias, I'm in this picture defending the students.

Where were you?