

089-NKM   Document 4-7   Filed 12/28/17   Page 1 o