



**MILE-LONG MANHATTAN TRUCK ATTACK KILLS 8**

'Cowardly Act of Terror,' Mayor

# This Nightmare Must End: The TRUMP/PENCE REGIME MUST GO!

## NOV 4 • It Begins

**BE THERE. JOIN WITH THE THOUSANDS**

who will gather in cities and towns across the country.

A movement of protests that continue every day and night,

growing until we become millions…

determined not to stop until this regime is driven from power.

---

**TO FIND A PROTEST NEAR YOU** and to **JOIN, DONATE & READ** the **NOV 4 CALL:**

## RefuseFascism.org

Only the people acting together can end this nightmare!

**NO!** IN THE NAME OF HUMANITY WE REFUSE TO ACCEPT A FASCIST AMERICA!

RefuseFascism.org is a movement of people coming from diverse perspectives united in our recognition that the Trump/Pence Regime poses a catastrophic danger to humanity and the planet and that it is our responsibility to drive them from power through non-violent protests that continue and grow day after day until our demand is met.

**WE EXTEND A WELCOME INVITATION TO ALL TO JOIN US IN THIS GREAT CAUSE.**

@RefuseFascism · #Nov4ItBegins · Facebook.com/RefuseFascism · 917-407-1286

**Join the Movement and DONATE to Support It**

Make a secure, tax-deductible donation at RefuseFascism.org
Send checks to: RefuseFascism.org · 305 West Broadway #185 · New York, NY 10013
To make a tax-deductible donation for the educational activities of RefuseFascism.org, make check payable to "The Alliance for Global Justice," a 501(c)(3) organization, and designate "Refuse Fascism" on the memo line.

FIRST NAME / LAST NAME
ADDRESS
CITY / STATE / ZIP CODE
PHONE / EMAIL

**NOV 4 IT BEGINS**


Case 3:17-cv-00089-NKM   Document 4-11   Filed 12/28/17   Page 1 of 1   Pageid#: 34