

ROTUNDA