

Case 3:17-cv-00089-NKM   Document 4-13   Filed 12/28/17   Page 1 of 1   Pageid#: 36

INDYSTAR