# WARRANT OF ARREST – FELONY
**COMMONWEALTH OF VIRGINIA** Va. Code § 19.2-71, 19.2-72

Albemarle .................................................
CITY OR COUNTY

[x] General District Court [x] Criminal [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **08/11/2017** ..................................... did unlawfully and feloniously in violation of Section ........................., Code of Virginia: unlawfully cause bodily injury to Emily Florence Gorcenski by means of acid, lye, or a caustic substance or agent, or by use of an explosive or fire.

18.2-52
Macaulay

.............................................  9-15-17
CLERK/DEPUTY CLERK         DATE

I CERTIFY THAT THE DOCUMENT TO WHICH THIS AUTHENTICATION IS AFFIXED IS A TRUE COPY OF A RECORD IN THE ALBEMARLE GENERAL DISTRICT COURT, THAT I HAVE CUSTODY OF THE RECORD, AND THAT I AM THE CUSTODIAN OF THAT RECORD.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Gorcenski, Emily Florence ......................................., Complainant.

Merlyn Goeschl
[ ] CLERK [x] MAGISTRATE [ ] JUDGE

**08/12/2017 09:38 AM**
DATE AND TIME ISSUED

[ ] CRE is Required
FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

---

CASE NO. GCM-11605

Hearing Date/Time ..................

**ACCUSED:**
Cantwell, Christopher
LAST NAME, FIRST NAME, MIDDLE NAME
103. S Lincoln St.
ADDRESS/LOCATION
Keene, NH 03431

[ ] Commercial Driver's License

DL# BO680686  STATE

| COMPLETE DATA BELOW IF KNOWN | | | | | | |
|---|---|---|---|---|---|---|
| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
| W | M | 11/12/1980 | 6' 00" | 230 | HAZ | BRO |
| SSN | | | | | | |

[x] EXECUTED by arresting the Accused named above on this day:
8-23-17 /1650
DATE AND TIME OF SERVICE
R.E. Barr, Arresting Officer
241 /APD/114
BADGE NO., AGENCY AND JURISDICTION

................................................, SHERIFF

**CLASS 6 FELONY**

for ................................................

Attorney for the Accused: Woody

Short Offense Description (not a legal definition):
**ASSAULT: UNLAWFUL INJURY BY ACID/EXPLOSIVE/FIRE**

Offense Tracking Number:
**003GM1700004938**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ASL-1331-F6**

ASL-1331-F6

**FELONY**

F

# WAIVER OF PRELIMINARY HEARING

Under...ng my right to a preliminary hearing before the Court named in this warrant to determine whether ... is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

_____  _____
ACCUSED                    ATTORNEY FOR ACCUSED

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.
 [ ] Bail on certification $ ..................

[✗] ORDER the accused discharged at preliminary hearing and the charge is dismissed.
[ ] The charge was reduced to ..................
The Accused was this day: [ ] tried in absence [✗] present

_____  _____
DATE                       JUDGE

[ ] PROSECUTING ATTORNEY PRESENT (NAME) _____
    **Tracy Woodard**

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME) _____

[ ] NO ATTORNEY      [ ] ATTORNEY WAIVED
[ ] Interpreter present   [ ] Witnesses sworn
[ ] Certified pursuant to § 19.2-190.1.

Plea of Accused: [ ] not guilty   [ ] guilty   [ ] nolo contendere
[ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.
[ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty      [ ] guilty as charged
[ ] guilty of ..................
  [ ] VCC
[ ] facts sufficient to find guilt but defer adjudication/disposition to ..................

DATE AND TIME
and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] A separate order for First Offender is attached and incorporated in this order.

And was FOUND by me to be: [ ] carrying hazardous materials
 [ ] driving a commercial motor vehicle
[ ] ORDER a nolle prosequi on the prosecution's motion
[ ] ORDER the charge dismissed [ ] with prejudice
 [ ] conditioned upon payment of costs and
  [ ] successful completion of [ ] traffic school
   [ ] mature driver school, § 16.1-69.48:1.
  [ ] accord and satisfaction, § 19.2-151.
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

_____  _____
DATE                       JUDGE

FORM DC-312 (MASTER, PAGE TWO OF TWO) 07/17

---

I impose the following Disposition:
[ ] FINE of $ .......... with $ .......... suspended
[ ] JAIL SENTENCE of .......... imposed,
 [ ] of which .......... days mandatory minimum, with .......... suspended for a period of .........., conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs. Credit is allowed pursuant to § 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning ..................
 [ ] on weekends only
[ ] Work release   [ ] authorized if eligible   [ ] required
[ ] Public work force [ ] authorized [ ] not authorized
[ ] on PROBATION for ..................
[ ] VASAP   [ ] local community-based probation agency
 [ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for ..................
 [ ] Restricted Driver's License per attached order
 [ ] Ignition interlock for ..................
[ ] RESTITUTION order incorporated
 [ ] Restitution payment is a condition of suspended sentence
[ ] COMMUNITY SERVICE .......... hours to be completed by .......... and supervised by ..................
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other ..................

[ ] Bail on Appeal $ ..................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395.

_____  _____
DATE                       JUDGE

[ ] Stay of the proceedings pursuant to § 16.1-131.1

---

Offense Tracking Number: 003GM1700004 ̶

| | Preliminary Hearing Costs |
|---|---|
| 120 Ct. Appt. Atty | $ .......... |
| 113 Court Reporter | .......... |
| 113 Witness | .......... |
| **TOTAL** | $ .......... |

| FINE | |
|---|---|
| **COSTS** | |
| 120 Ct. Appt. Atty | |
| 461 FIXED MISD FEE | |
| 462 FIXED DRUG MISD FEE | |
| 001 INT CRIM CHILD FEE | |
| 113 WITNESS FEE | |
| 113 IGNITION INTERLOCK | |
| 113 DUI FEE | |
| 113 | |
| 121 CT. APPT. ATTY | |
| 120 TRIAL IN ABSENCE FEE | |
| 125 WEIGHING FEE | |
| 133 BLOOD TEST FEE | |
| 137 TIME TO PAY | |
| 192 TRAUMA CENTER FEE | |
| 228 COURTHOUSE CONSTRUCTION FEE | |
| 234 JAIL ADMISSION FEE | |
| 243 LOCAL TRAINING ACADEMY FEE | |
| 244 COURTHOUSE SECURITY FEE | |
| **OTHER** (SPECIFY) | |
| **TOTAL** | $ .......... |

Date handwritten: 11/9/17

# CRIMINAL COMPLAINT
Commonwealth of Virginia

RULES 3A:3 AND 7C:3

Albemarle CITY OR COUNTY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm that I have reason to believe that the Accused committed a criminal offense, on or about

8-11-17 DATE OFFENSE OCCURRED

of Albemarle in the [ ] City [X] County [ ] Town.

I base my belief on the following facts: (Print ALL information clearly.)

I was observing the torchlight march through UVA grounds from around 9:30 to 11 or pm on 11-Aug-2017. I was recording and streaming video to document the event. As the march approached the Rotunda from the lawn I ran to the University Ave side of the Rotunda to document any counter-protesters I was documenting as the torchlight march came before the Rotunda they rapidly surrounded the counter-demonstrators who were protecting the statue of T. Jefferson I attempted to leave —cont—

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I agree to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

Gorcesuck Emily Florence
NAME OF COMPLAINANT (LAST, FIRST, MIDDLE) (PRINT CLEARLY)

Subscribed and sworn to before me this day.

8/12/17 9:25 AM
DATE AND TIME

SIGNATURE OF COMPLAINANT

[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

FORM DC-311 REVISED 07/11 (A160362 7/15)

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address/Location

CANTWELL, CHRISTOPHER
LAST NAME, FIRST NAME, MIDDLE NAME

103 SOUTH LINCOLN ST
KEENE, NH

| SSN | RACE | SEX | COMPLETE DATA BELOW IF KNOWN | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | BORN | | | HT. | WGT. | EYES | HAIR |
| | W | M | MO. 11 | DAY 12 | YR. 80 | FT. 6 IN. 0 | 220 | HZL | BRN |

[ ] Complainant is not a law-enforcement officer or animal control officer. Authorization prior to issuance of felony arrest warrant given by
[ ] Commonwealth's attorney
[X] Law-enforcement agency having jurisdiction over alleged offense

Scott C Smallwood
NAME OF PERSON AUTHORIZING ISSUANCE OF WARRANT

8-12-17 0930

I CERTIFY THAT THE DATE AND TIME AUTHORIZATION AUTHENTICATION IS AFFIXED IS A TRUE COPY OF A RECORD IN THE ALBEMARLE GENERAL DISTRICT COURT, THAT I HAVE CUSTODY OF THE RECORD, AND THAT I AM THE CUSTODIAN OF THAT RECORD.

12-18-17
DATE

CLERK/DEPUTY CLERK

but I was blocked by the torch crowd.

Two men began aggressively harassing me verbally about my gender. They began to shove me when a fight broke out to my right. Soon after, I was inhaled / was affected by a chemical spray.

From photos posted on media, I recognized the man spraying the agent as Christopher Cantwell. Mr. Cantwell is a known political figure, and he is a headliner of the 12-Aug Unite the Right Rally. I recognize the people he is spraying from my video; they were positioned to my right on the West side of the statue. The over spray from the agent affected me directly. My eyes and sinuses were burning. I was able to get out of the crowd and a bystander flushed my eyes w/ water.

I further recall Mr. Cantwell's t-shirt, likeness, and place of residence from observing his interactions w/ Albemarle PD at Wal-Mart earlier in the day on 11-Aug.

Emily F. Gorcenski   12-Aug-17