# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA  Va. Code § 19.2-71, -72

Albemarle
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 08/11/2017 .................. did unlawfully and feloniously in violation of Section

**18.2-312** .................., Code of Virginia:

maliciously release or cause to be released in a private home, a place of business, or place of public gathering tear gas, mustard gas, phosgene gas or other noxious or nauseating gases or mixtures of chemicals designed to, and capable of, producing vile or injurious or nauseating odors or gases and thereby cause bodily injury.

_____
2-8-17   DATE
_____
CLERK/DEPUTY CLERK

I CERTIFY THAT THE DOCUMENT TO WHICH THIS AUTHENTICATION IS AFFIXED IS A TRUE COPY OF A RECORD IN THE ALBEMARLE GENERAL DISTRICT COURT, THAT I HAVE CUSTODY OF THE RECORD, AND THAT I AM THE CUSTODIAN OF THAT RECORD.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Goad, Kristopher Cheney .................., Complainant.

08/17/2017 12:04 PM
DATE AND TIME ISSUED

_____
David Pennington
[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE

CCRE is Required
FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

CASE NO. **GM17-1630**

**ACCUSED:**
Cantwell, Christopher
LAST NAME, FIRST NAME, MIDDLE NAME
103 S Lincoln St.
ADDRESS/LOCATION
Keene, NH 03431

[ ] Commercial Driver's License

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 11/12/1980 | 6' 00" | 230 | HAZ | BRO |

SSN
D.L.# 130 08 0686  STATE

Hearing Date/Time _____

[x] EXECUTED by arresting the Accused named above on this day:

8-23-17  1650
DATE AND TIME OF SERVICE

R. E. Bart
241/LPD/114
BADGE NO., AGENCY AND JURISDICTION, Arresting Officer

for ..................
Attorney for the Accused:  Goodmys
SHERIFF

**CLASS 3 FELONY**

Short Offense Description (not a legal definition):
**DANGEROUS GAS: MALICIOUS RELEASE CAUSE INJURY**

Offense Tracking Number:
**003GM1700005004**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **WPN-5239-F3**

FELONY

# WAIVER OF PRELIMINARY HEARING

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

.................................................... ....................................................
ACCUSED                                              ATTORNEY FOR ACCUSED

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

[ ] Bail on certification $ ....................

[✓] ORDER the accused discharged at preliminary hearing and the charge is dismissed.

[ ] The charge was reduced to ....................

The Accused was this day: [ ] tried in absence [✓] present

.................................... ....................................
JUDGE                                DATE

PROSECUTING ATTORNEY PRESENT (NAME)  _WOOD__

DEFENDANT'S ATTORNEY PRESENT (NAME)  _WOOD__

[ ] NO ATTORNEY    [ ] ATTORNEY WAIVED
[ ] Interpreter present   [ ] Witnesses sworn
[ ] Certified pursuant to § 19.2-190.1.

Plea of Accused: [ ] not guilty   [ ] guilty   [ ] nolo contendere
[ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.
[ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty    [ ] guilty as charged
[ ] guilty of ....................
VCC ....................
[ ] facts sufficient to find guilt but defer adjudication/ disposition to ....................

[ ] Plea voluntarily accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] A separate order for First Offender is attached and incorporated in this order.

.................................... ....................................
DATE AND TIME                        JUDGE

I impose the following Disposition:

[ ] FINE of $ .................... with $ .................... suspended
[ ] JAIL SENTENCE of ....................  imposed,
   [ ] of which .................... days mandatory minimum, with
   .................... suspended for a period of ....................
   conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs. Credit is allowed pursuant to § 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning ....................
   [ ] on weekends only
[ ] Work release   [ ] authorized if eligible   [ ] required
   [ ] not authorized
[ ] Public work force [ ] authorized  [ ] not authorized
[ ] on PROBATION for ....................
[ ] VASAP   [ ] local community-based probation agency
   [ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for ....................
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for ....................
[ ] RESTITUTION order incorporated
[ ] Restitution payment is a condition of suspended sentence
[ ] COMMUNITY SERVICE .................... hours to be completed
   by .................... and supervised by ....................
   [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other ....................

....................................
DATE

[ ] Bail on Appeal $ ....................

[ ] Stay of the proceedings pursuant to § 16.1-131.1

....................................
DATE                                 JUDGE

And was FOUND by me to be: [ ] carrying hazardous materials
[ ] driving a commercial motor vehicle
[ ] ORDER a nolle prosequi on the prosecution's motion
[ ] ORDER the charge dismissed  [ ] with prejudice
[ ] conditioned upon payment of costs and
   [ ] successful completion of [ ] traffic school
   [ ] mature driver school, § 16.1-69.48:1.
   [ ] accord and satisfaction, § 19.2-151.
   [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

FORM DC-312 (MASTER, PAGE TWO OF TWO) 07/17

Offense Tracking Number: ....................  003GM1700000500

| | Preliminary Hearing Costs |
|---|---|
| 120 Ct. Appt. Atty | $ .................... |
| 113 Court Reporter | .................... |
| 113 Witness | .................... |
| **TOTAL** | .................... |

**FINE** ....................

**COSTS**
| | |
|---|---|
| 120 Ct. Appt. Atty | .................... |
| 461 FIXED MISD FEE | .................... |
| 462 FIXED DRUG MISD FEE | .................... |
| 001 INT CRIM CHILD FEE | .................... |
| 113 WITNESS FEE | .................... |
| 113 IGNITION INTERLOCK | .................... |
| 113 DUI FEE | .................... |
| 113 | .................... |
| 120 CT. APPT. ATTY | .................... |
| 121 TRIAL IN ABSENCE FEE | .................... |
| 125 WEIGHING FEE | .................... |
| 133 BLOOD TEST FEE | .................... |
| 137 TIME TO PAY | .................... |
| 192 TRAUMA CENTER FEE | .................... |
| 228 COURTHOUSE CONSTRUCTION FEE | .................... |
| 234 JAIL ADMISSION FEE | .................... |
| 243 LOCAL TRAINING ACADEMY FEE | .................... |
| 244 COURTHOUSE SECURITY FEE | .................... |

**OTHER** (SPECIFY) ....................

**TOTAL** $ ....................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395.

DATE: 11/9/17

Case 3:17-cv-00089-NKM Document 4-15 Filed 12/28/17 Page 2 of 3 Pageid#: 42

# CRIMINAL COMPLAINT
Commonwealth of Virginia

Albemarle
CITY OR COUNTY

[ ] General District Court
[ ] Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm
Accused committed a criminal offense, on or about

8-11-17
DATE OFFENSE OCCURRED

in the [ ] City [✓] County of Albemarle

I base my belief on the following facts: (Print ALL information clearly)

Cantwell approached me in the 200 to 300 people torches. He and others pushed me and the people I was with. Cantwell used a 3oz mace pepper spray on my face and cause me to lose my vision temporarily. I was struck by torches by unknown persons, while my vision was gone. After attempting to obtain this warrant I am afraid of my safety because Cantwell has publicly stated that he wants "more murder" on a documentary on television.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I agree to appear in court and testify if a warrant or summons
- The charge in this warrant cannot be dismissed except by the court, even at my request

Kristopher Cheney Goad
NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

Subscribed and sworn to before me this day.
8-17-17  12:05 PM
DATE AND TIME

FORM DC-311 REVISED 07/11  (A16283 3/16)

---

RULES 3A:3 AND 7C:3

AUTHENTICATION
I CERTIFY THAT THE DOCUMENT TO WHICH THIS IS AFFIXED IS A TRUE COPY OF A RECORD IN THE ALBEMARLE GENERAL DISTRICT COURT, THAT I HAVE CUSTODY OF THE RECORD, AND THAT I AM THE CUSTODIAN OF THAT RECORD.

CLERK/DEPUTY CLERK

# CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address/Location

Cantwell Christopher
LAST NAME, FIRST NAME, MIDDLE NAME

103 S Lincoln St
Keene NH 03431

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|----------|-----|-----|---------|-----|------|------|------|
| W    | M   | 11       | 12  | 80  | 6       | 0   | B    | B    |      |

SSN

[✓] Complainant is not a law-enforcement officer or animal control officer. Authorization prior to issuance of felony arrest warrant given by
[ ] Commonwealth's attorney
[ ] Law-enforcement agency having jurisdiction over alleged offense

Aceo, Gary
NAME OF PERSON AUTHORIZING ISSUANCE OF WARRANT

8/17/17  1200
DATE AND TIME AUTHORIZATION GIVEN

GENERAL DISTRICT

FILED
ALBEMARLE COUNTY
2017 AUG 30 PM 2:33

Nothing over sparring