# Elmer Woodard

| | |
|---|---|
| From: | Robert Tracci <rtracci@albemarle.org> |
| Sent: | Wednesday, November 08, 2017 2:38 PM |
| To: | 'Elmer Woodard' |
| Cc: | Robert Tracci |
| Subject: | Addition to File |

Mr. Woodard,

In advance of tomorrow's hearing, we just concluded a meeting with Mr. Goad.

I wanted to make you aware of information relevant to tomorrow's proceeding. When presented with the criminal complaint dated August 17, 2017, Mr. Goad indicated that he was no longer certain that the direct deployment of gel pepper spray he describes in that complaint resulted from an action by Mr. Cantwell. In fact, he indicated that it was the result of an action by another individual.

Mr. Goad will indicate that his glasses had been removed by that point making positive identification of Mr. Cantwell difficult. This new information does not bear on the other deployments clearly linked to Mr. Cantwell or the effects Mr. Goad suffered as a result.

I will add this this information to the file and wanted to make sure you had access to it before tomorrow.

Please call me directly with questions.

Robert

1