

Case 3:17-cv-00089-NKM Document 4-18 Filed 12/28/17 Page 1 of 1 Pageid#: 46