# Elmer Woodard
## Attorney at Law P.C.

5661 US Hwy 29
Blairs, Va 24527
434-TRiangle 8-3422
434.878.3422
isuecrooks@comcast.net

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JAN 0 2 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Thursday, December 28, 2017

Clerk
US District Court
255 W. Main St.
Room 304
Charlottesville, Va. 22902

Re: Cantwell v. Gorcenski 3:1700089

Dear Clerk:

I trust receipt hereof finds you well.

The Complaint in this case contains references to Exhibits and also to MP attachments. These latter are video and image files. I will upload the exhibits on ECF attached to this document. I am enclosing a DVD with copies of the exhibits and also the MP files, as per instructions.

With kind regards, I am

Very Truly Yours,

Elmer Woodard

Elmer Woodard

Cc: