AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Christopher Cantwell<br><br>*Plaintiff(s)*<br>v.<br>Edward J. Gorcenski, aka Emily Florence Gorcenski<br>and<br>Kristopher Goad<br><br>*Defendant(s)* | ) | Civil Action No. 3:17CV00089 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edward J. Gorcenski aka Emily Florence Gorcenski
319 5th Street SW
Charlottesville, Va. 22904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elmer Woodard
Attorney at Law P.C.
5661 US Hwy 29
Blairs, Va. 24527

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIA C. DUDLEY, CLERK OF COURT

s/ Joyce C. Jones
*Deputy Clerk*

Date: December 28, 2017

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17CV00089

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Edward J. Gorcenski A.K.A. Emily Florence Gorcenski,

was received by me on *(date)* Jan. 5th, 2018 .

☒ I personally served the summons on the individual at *(place)* Charlottesville G.D. Court 606 E. Market Street C'ville, VA on *(date)* Jan. 18, 2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Jan. 24th, 2018

Joe Mitchell Miller
*Server's signature*

Joe Mitchell Miller
*Printed name and title*

3893 Shelby Road
Rochelle, VA 22738
*Server's address*

Additional information regarding attempted service, etc: