AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
WESTERN DISTRICT OF VIRGINIA

Christopher Cantwell
*Plaintiff(s)*
v.
Edward J. Gorcenski, aka Emily Florence Gorcenski
and
Kristopher Goad
*Defendant(s)*

Civil Action No. 3:17CV00089

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kristopher Cheney Goad
1274 Moore St.
Richmond, Va. 23200

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elmer Woodard
Attorney at Law P.C.
5661 US Hwy 29
Blairs, Va. 24527

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIA C. DUDLEY, CLERK OF COURT

s/ Joyce C. Jones
*Deputy Clerk*

Date: December 28, 2017

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17CV00089

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Knistophen Chevy Goab was received by me on *(date)* 01/05/2018 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Kass P ______ , a person of suitable age and discretion who resides there, on *(date)* 01/11/2018 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/24/2018

[signature]
*Server's signature*

William M Robbins
*Printed name and title*

Box 71, Quinque, VA 22965
*Server's address*

Additional information regarding attempted service, etc: