# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF VIRGINIA, CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| Christopher Cantwell<br>Plaintiff | )<br>)<br>)<br>) | |
| v. | ) | Case No. 3:17-CV-00089 |
| Emily Gorcenski,<br>Kristopher Goad,<br>Defendants | )<br>)<br>)<br>) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that the undersigned hereby enters her appearance as counsel in this case for the Defendants, Ms. Emily Gorcenski and Mr. Kristopher Goad.

                              Respectfully Submitted,
                              SANDRA C. FREEMAN
                              Counsel for Emily Gorcenski and Kristopher Goad

Dated: February 11, 2018       /s/ *Sandra Freeman*
                                           Sandra C. Freeman, Esq.
                                           Virginia State Bar No. 78499
                                           5023 W. 120th Avenue, #280
                                           Broomfield, Colorado 80020
                                           sandra.c.freeman@protonmail.com
                                           720-593-9004 (office)
                                           303-468-9547 (fax)

CERTIFICATE OF SERVICE

I, Sandra C. Freeman, hereby certify that I served a true and correct copy of the foregoing document upon the person(s) herein next designated, on the date shown below, by electronically delivering the same at his/her/their last known address(es), to wit:

ELMER WOODARD, Attorney for Christopher Cantwell
5661 US Highway 29
Blairs, Virginia 24527
434-Triangle 8-3422
434-878-3422
isuecrooks@comcast.net

Dated February 11, 2018.          /s/ *Sandra C. Freeman*
                                  Sandra C. Freeman