

# Christopher Cantwell
Radical Agenda



ABOUT  MEMBERS ONLY  SUBSCRIBE  CONTACT  DONATE  LIVE  SHOP



Search this site

Search

### How To Escape Jewish Finance



The Alt Right Cryptocurrency Crash Course

*Radical Agenda*

# Radical Agenda S03E017 – Black Sun Rising

January 17, 2018   Chris   6 Comments

Good morning, and welcome to the Radical Agenda! Wow, it feels odd saying that. In case you're tuning in for the first time, my name is Christopher Cantwell and I normally do this every Monday, Wednesday, Friday from 5-7pm Eastern. I'm honored to be joined today by Andrew Anglin of the Daily Stormer however, and on account of time zones and sleep schedules, us working together in that timetable just was not going to work. So we are going to give this time slot a shot. Every Thursday from 7-9am Eastern we'll be doing a live morning episode of the Radical Agenda with the two of us, and of course, your calls at 424-3-GO-NAZI or Radical Agenda on Skype.

There's a lot to get to today. I got in a dust up with some loser who thinks himself a poet recently, because he called me a white supremacist. I tried to correct him that I am a white nationalist, and that the distinction should make a difference if somebody cares about accuracy. Sadly, in a society contaminated as ours is with Jewish nonsense, accuracy ceases to matter not only in the news,



but in the classroom, and everywhere else. He told me that the proof of my white supremacy was that he heard me spend two hours talking about how stupid brown people are, which is lazy frankly, because I spend a lot more than two hours on that topic, but I told him if that makes me a white supremacist, then basically everybody is a white



Radical Agenda S03E017 – Black Sun Rising



supremacist because the lower average IQs of non-whites is a scientific fact not held in dispute by honest people. By defining white supremacy this way, this shabbos goy has done more to expand the white supremacist movement than my cohost and I could possibly endeavor to attempt.

Then I've got a piece from Campus Reform here, about a class titled "Diversity and the Self," at Salisbury University in Maryland. Part of the curriculum is a "Pyramid of White Supremacy" to help teach students about diversity and "cultural competence." If you thought this poet's overly broad definition of white supremacy was dangerous and irresponsible, wait until you get a hold of this. The base of the pyramid of white supremacy is remaining apolitical, and avoiding confrontation with racist family members. The next plane of the pyramid is saying "politics doesn't affect me" and "two sides to every story". Moving up we see such seething hatred as colorblindness, talk of a post racial society, why can't we all just get along, we all belong to the human race, and tone policing.

Tone policing? You mean Jews are the ultimate white supremacists? Is that the whole gag here? You define white supremacy as a bunch of Jewish bullshit so the white supremacist movement gets infiltrated by Jews? That would be quite the clever ruse…

Now, the sensible side of me feels like I should push back against this. I am part of what might be described as a pro-white movement, and if somebody wants to call me a white supremacist, I've certainly been called worse. As far as that movement is concerned though, I don't think we should accept people into it if they are saying they are colorblind and still believe in a post racial society.

But maybe I should revise my opinion on that. If the kikes want to define everything in America as white supremacy, perhaps we should let them. Perhaps we should encourage this sort of curriculum.

"Dear white people, all of your efforts to be inclusive and accepting of non-whites is just one more symptom of your white supremacy. What made you the supreme race was indeed your most sincere desire and effort to help and uplift

| | Bitcoin(BTC) | $ 11365.9 |
|---|---|---|
| | Ethereum(ETH) | $ 1027.39 |
| | Ripple(XRP) | $ 1.36723 |
| | Bitcoin Cash(BCH) | $ 1746.86 |
| | Litecoin(LTC) | $ 187.613 |
| | Dash(DASH) | $ 812.776 |
| | Monero(XMR) | $ 339.863 |

Members Log In

Log in

Entries RSS

Comments RSS

WordPress.org

others. Sadly, these ungrateful mongrels have rejected your kindness, and demand you to cease and desist your white supremacy forthwith."

Enough colorblindness, white folks. No more "can't we all just get along". No more avoiding your "racist" family members. No more being apolitical. From this day forward, the Jew demands that you be racially conscious, and act on it politically without regard for getting along with non-whites.

Now, you'll still be called a white supremacist of course, because here is what they are truly trying to tell you about white supremacy. You are, objectively, better in every measurable way than these contaminants that you have allowed into your country. They hate you, because they can never be what you are, and the only way they can cope with their envy and their contempt is to destroy your race and nation.

But even this they cannot do without your dutiful assistance.

424-3-GO-NAZI or Radical Agenda on Skype if you would like to be on the pogrom.

Join us, this and every Thursday from 7-9am Eastern, as well as Mondays, Wednesdays, and Fridays from 5-7pm Eastern for another exciting episode of the Radical Agenda. It's a show about common sense extremism where we talk about radical, crazy, off the wall things like waking up early.

Catch the live video stream and chat on GabTV or PewTube, or listen live on the Radical Radio Network.



00:00                        00:00

Podcast: Play in new window | Download

**Other people need to see this!**

37

← Radical Agenda S03E016 – Consequences

Two Alt Right Legal Victories Today →

Case 3:17-cv-00089-NKM-JCH   Document 9-1   Filed 02/12/18   Page 3 of 5   Pageid#: 106



## Chris

Christopher Cantwell is a former political prisoner, and current host of the Radical Agenda. The most entertaining podcast of the Alt Right.

Case 3:17-cv-00089-NKM-JCH   Document 9-1   Filed 02/12/18   Page 4 of 5   Pageid#: 107

Copyright © 2018 Christopher Cantwell. All rights reserved.
Theme: ColorMag by ThemeGrill. Powered by WordPress.

  

Case 3:17-cv-00089-NKM-JCH   Document 9-1   Filed 02/12/18   Page 5 of 5   Pageid#: 108