

# Christopher Cantwell
Radical Agenda



ABOUT    MEMBERS ONLY    SUBSCRIBE    CONTACT    DONATE    LIVE    SHOP

Search this site

Search 

### How To Escape Jewish Finance



The Alt Right Cryptocurrency Crash Course





Music

# Gassing Kikes and Trannies (Song)

December 10, 2017    Chris    33 Comments

The is a song about phony victimhood, perjury, and ostensibly Republican prosecutors who cooperate with lying communist agitators. It should not be interpreted as a threat or intent to do anything other than mock dishonest people.

Lyrics

We're gassing kikes and trannies
There's panic in the air
The pepper spray is stinging like the estrogen syringes
Jews are crying and noone cares

We're gassing kikes and trannies
For the glory of the reich
There's no loss of life just pain and strife
for the tranny and the kike



Gassing Kikes and Trannies

A tranny is a fuckin mental patient
A Jew is born to parasite off whites
And if you see the both of them a droppin
You know it's time to really celebrate

Well we're gassing kikes and trannies
Make the God Emperor proud
We can laugh with glee, while she stands and pees
In a caustic OC cloud

....

You might say we're violating rights now
But trannies aren't human after all
**Jews are victims even if you don't spray**
So might as well have fun and gas them all

Oh we're gassing kikes and trannies
**Cause we'll be prosecuted even if we don't**
They always lie, so they deserve to die
The least we can do is make their eyes hurt

We're gassing kikes and trannies
Until there ain't no more to gas
These AntiFa fags, with their commie flags
Make us kick their pussy ass

We're gassing kikes and trannies
Now the cops are on their way
**Instead of stopping fights, they're arresting whites**
That's what happens when you tolerate gays
Instead of stopping fights, they're arresting whites
That's what happen when you tolerate gays!


Recorded by one of the most talented people on the Alt Right, Morrakiu.

00:00                                              00:00

Podcast: Play in new window | Download

Other people need to see this!





| | Bitcoin(BTC) | $9327.2 |
| --- | --- | --- |
| | Ethereum(ETH) | $973.764 |
| | Ripple(XRP) | $ 0.931669 |
| | Bitcoin Cash(BCH) | $1274.1 |
| | Litecoin(LTC) | $159.558 |
| | Dash(DASH) | $638.996 |
| | Monero(XMR) | $254.375 |

I Recommend

Case 3:17-cv-00089-NKM-JCH   Document 9-3   Filed 02/12/18   Page 2 of 10   Pageid#: 111

← About The Crying Nazi Nonsense　　　James Alex Fields is Innocent →



### Chris

Christopher Cantwell is a former political prisoner, and current host of the Radical Agenda. The most entertaining podcast of the Alt Right.



## Members Log In

Log in

Entries RSS

Comments RSS

WordPress.org

Case 3:17-cv-00089-NKM-JCH   Document 9-3   Filed 02/12/18   Page 3 of 10   Pageid#: 112

Case 3:17-cv-00089-NKM-JCH Document 9-3 Filed 02/12/18 Page 7 of 10 Pageid#: 116

Case 3:17-cv-00089-NKM-JCH Document 9-3 Filed 02/12/18 Page 8 of 10 Pageid#: 117

Copyright © 2018 Christopher Cantwell. All rights reserved.
Theme: ColorMag by ThemeGrill. Powered by WordPress.

  

Case 3:17-cv-00089-NKM-JCH   Document 9-3   Filed 02/12/18   Page 10 of 10   Pageid#: 119