

# Christopher Cantwell
Radical Agenda



**ABOUT**    **MEMBERS ONLY**    **SUBSCRIBE**    **CONTACT**    **DONATE**    **LIVE**    **SHOP**



Sale!

# Radical Agenda Helicopter T-Shirt (Short Sleeves)

~~$30.00~~ **$25.00**

You've been waiting a long time for a Radical Agenda T-Shirt. Now is your chance to have one. This Hanes tagless tee has RADICAL AGENDA on the front, and a man hanging from a helicopter, Pinochet style, on the back. Both sides are professionally screen printed for quality and durability.

This is our first run, and supplies are limited. So place your order today.



Radical Agenda Helicopter T-Shirt (Short Sleeves)

**Search this site**

Search 🔍

## How To Escape Jewish Finance



The Alt Right Cryptocurrency Crash Course



Case 3:17-cv-00089-NKM-JCH    Document 9-5    Filed 02/12/18    Page 1 of 3    Pageid#: 121

Size   Choose an option

1   Add to cart

☐ Want a discount? Become a member by purchasing [Basic Membership](#), [Silver Membership](#), [Gold Membership](#) or [Platinum Membership](#), or [log in](#) if you are a member.

SKU: RAM001 Category: *Apparel*



| Description | Additional information | Reviews (0) |

# Description

You've been waiting a long time for a Radical Agenda T-Shirt. Now is your chance to have one. This Hanes tagless tee has RADICAL AGENDA on the front, and a man hanging from a helicopter, Pinochet style, on the back. Both sides are professionally screen printed for quality and durability.

This is our first run, and supplies are limited. So place your order today.



Radical Agenda Helicopter T-Shirt (Short Sleeves)



| | | |
|---|---|---|
| ₿ | Bitcoin(BTC) | $8243.37 |
| ♦ | Ethereum(ETH) | $808.738 |
| ✧ | Ripple(XRP) | $ 0.765075 |
| [0] | Bitcoin Cash(BCH) | $1340.74 |
| Ⓛ | Litecoin(LTC) | $147.412 |
| ◈ | Dash(DASH) | $599.071 |
| Ⓜ | Monero(XMR) | $245.963 |

I Recommend

## Related products



Sale!



Sale!



Radical Agenda Helicopter Hoodie

~~$45.00~~ **$40.00**

Select options

RWDS Hat

~~$25.00~~ **$20.00**

Read more

### Members Log In

Log in

Entries RSS

Comments RSS

WordPress.org

Copyright © 2018 Christopher Cantwell. All rights reserved.
Theme: ColorMag by ThemeGrill. Powered by WordPress.

