

# Christopher Cantwell
Radical Agenda



ABOUT ⌄     MEMBERS ONLY     SUBSCRIBE     CONTACT     DONATE     LIVE     SHOP ⌄

*Sale!*



## Radical Agenda Helicopter Hoodie

~~$45.00~~ **$40.00**

Physical removal is a favorite hobby of many Radical Agenda listeners, especially when done from staggering heights with rotary aircraft. We've been displaying our love of this time honored tradition with t-shirts, but it sure does get cold at night and after all, winter is coming.

So we now offer the Radical Agenda Helicopter Hoodie. It's a black Hanes brand Comfort Blend 50/50 Cotton Polyester hooded sweatshirt. On the front, the Radical Agenda name in our post apocalyptic font, and on the back, a helicopter leaving its former passenger stranded in mid air. All quality screen printed in white for durability and high visibility.

This shirt is a must have for any self respecting member of the Right Wing Death Squads, especially those living in

**Search this site**

Search 🔍

### How To Escape Jewish Finance



The Alt Right Cryptocurrency Crash Course



**Case 3:17-cv-00089-NKM-JCH    Document 9-6    Filed 02/12/18    Page 1 of 3    Pageid#: 124**

colder climates, or those considering physical removal before the emperor issues the licenses.



Radical Agenda Hoodies



**Size** Choose an option

1    Add to cart

☐ Want a discount? Become a member by purchasing Basic Membership, Silver Membership, Gold Membership or Platinum Membership, or log in if you are a member.

SKU: RAM005 Category: Apparel

| | | |
|---|---|---|
| ₿ | Bitcoin(BTC) | $8243.37 |
| ♦ | Ethereum(ETH) | $808.738 |
| • | Ripple(XRP) | $ 0.765075 |
| [0] | Bitcoin Cash(BCH) | $1340.74 |
| Ⓛ | Litecoin(LTC) | $147.412 |
| ⬥ | Dash(DASH) | $599.071 |
| Ⓜ | Monero(XMR) | $245.963 |

| Description | Additional information | Reviews (0) |

# Description

Physical removal is a favorite hobby of many Radical Agenda listeners, especially when done from staggering heights with rotary aircraft. We've been displaying our love of this time honored tradition with t-shirts, but it sure does get cold at night and after all, winter is coming.

**I Recommend**

So we now offer the Radical Agenda Helicopter Hoodie. It's a black Hanes brand Comfort Blend 50/50 Cotton Polyester hooded sweatshirt. On the front, the Radical

Case 3:17-cv-00089-NKM-JCH    Document 9-6    Filed 02/12/18    Page 2 of 3    Pageid#: 125

Agenda name in our post apocalyptic font, and on the back, a helicopter leaving its former passenger stranded in mid air. All quality screen printed in white for durability and high visibility.

This shirt is a must have for any self respecting member of the Right Wing Death Squads, especially those living in colder climates, or those considering physical removal before the emperor issues the licenses.



Radical Agenda Hoodies

# Related products



Sale!

Radical Agenda Helicopter T-Shirt (Short Sleeves)

$30.00 **$25.00**

Select options



Sale!

RWDS Hat

$25.00 **$20.00**

Read more

## Members Log In

Log in

Entries RSS

Comments RSS

WordPress.org

Copyright © 2018 Christopher Cantwell. All rights reserved.
Theme: ColorMag by ThemeGrill. Powered by WordPress.

