- 🔊 (https://radicalagenda.com/feed/)



(https://radicalagenda.com)

⬅ LIVE from Seg! Ep. 010 – Time Is On My Side (https://radicalagenda.com/2017/10/18/live-seg-ep-010-time-side/)

---

LIVE from Seg! Ep. 012 – Common Sense Anti-White Extremism (https://radicalagenda.com/2017/10/21/live-seg-ep-012-common-sense-anti-white-extremism/) ➡

Oct 19

## LIVE from Seg! Ep. 011 – Heteronormative

- By Jared Howe (https://radicalagenda.com/author/jared/) in Live From Seg (https://radicalagenda.com/category/live-from-seg/), Uncategorized (https://radicalagenda.com/category/uncategorized/)

Political prisoner Christopher Cantwell is joined by Jared Howe via telephone for this eleventh episode of LIVE from Seg!, recorded live on October 18th, 2017 and presented by the Radical Agenda.

**DONATE TO CHRIS' HATREON ACCOUNT** (https://hatreon.us/RadicalAgenda/?fref=gc&dti=949549791776421)

***Donate to Chris' GOYFUNDME!!*** (https://goyfundme.com/projects/1433-rescue-fund/)

Close ✕



(https://radicalagenda.com/wp-content/uploads/2017/10/LFS11.png)

Topics discussed include:



- The time preference rates and mental illness of trannies and queers
- Victimhood identitarianism
- Egyptian homosexual crackdown — fucking BASED!
- Molyneux's chat with Anthony Cumia

**Username or Email**

PLEASE PLEASE PLEASE make sure to donate to Chris so that he can fight these trumped up charges against him.

**Password**

Forgot password? (https://shareaholic.com/account/reset_password)

00:00                                                                                                                                    00:00

Podcast: Play in new window (https://dts.podtrac.com/redirect.mp3/radicalagenda.com/wp-content/uploads/mp3/LFS11.mp3) | Download (https://dts.podtrac.com/redirect.mp3/radicalagenda.com/wp-content/uploads/mp3/LFS11.mp3)

Log in

Subscribe: Apple Podcasts (https://itunes.apple.com/us/podcast/radical-agenda/id786458175?mt=2&ls=1#episodeGuid=https%3A%2F%2Fradicalagenda.com%2F%3Fp%3D1525) | Android (https://subscribeonandroid.com/radicalagenda.com/feed/podcast/) | RSS (https://radicalagenda.com/feed/podcast/)

Don't have an account? Sign up (https://shareaholic.com/signup)

You may also like:

Radical Agenda S03E004 - Christmas Eve    Chat - Radical Agenda    Radical Agenda S03E022 - Strong Words    LIVE from Seg! Ep. 012 - Common Sense Anti-White Extremism

Case 3:17-cv-00089-NKM-JCH    Document 9-7    Filed 02/12/18    Page 2 of 8    Pageid#: 128

Close ✕

LIVE from Seg! Ep. 008 -　　Radical Agenda S03E021　　LIVE from Seg! Ep. 023 -　　LIVE from Seg! Ep. 024 -
A Radical Agenda　　　　　- Morning Stormer　　　　　Bake the Cake　　　　　　People of Charlottesville



(https://radicalagenda.com/author/jared/)

**Username or Email**

### Jared Howe

**Password** Forgot password?
(https://shareaholic.com/account/reset_password)
✉ (mailto:c74r1ty44@gmail.com)

- 

Log in

Don't have an account?　Sign up
(https://shareaholic.com/signup)

Case 3:17-cv-00089-NKM-JCH   Document 9-7   Filed 02/12/18   Page 3 of 8   Pageid#: 129

Close ✕



**Username or Email**



**Password** Forgot password? (https://shareaholic.com/account/reset_password)

Log in

Don't have an account? Sign up (https://shareaholic.com/signup)



Close ✕

 (http://christophercantwell.com/shop)

 (https://itunes.apple.com/us/podcast/radical-agenda/id786458175)

Username or Email

Password Forgot password? (https://shareaholic.com/account/reset-password)

Log in

Don't have an account? Sign up (https://shareaholic.com/signup)

Close 



Log in
(http://www.stitcher.com/podcast/some-garbage-podcast)

Don't have an account? Sign up
(https://shareaholic.com/signup)

Close ✕



(tunein.com/radio/Radical-Radio-Network-s254081/)



(https://radicalagenda.com/roku)

Case 3:17-cv-00089-NKM-JCH   Document 9-7   Filed 02/12/18   Page 7 of 8   Pageid#: 133

# Subscribe to Podcast

Close ✕

**on Apple Podcasts** (https://itunes.apple.com/us/podcast/radical-agenda/id786458175?mt=2&ls=1)

**on Android** (https://subscribeonandroid.com/radicalagenda.com/feed/podcast/)

**via RSS** (https://radicalagenda.com/feed/podcast/)

© 2018 Radical Agenda.

Made with ❤ by Graphene Themes (https://www.graphene-theme.com/).







**Username or Email**

**Password** Forgot password? (https://shareaholic.com/account/reset_password)

Log in

Don't have an account?  Sign up (https://shareaholic.com/signup)

Case 3:17-cv-00089-NKM-JCH   Document 9-7   Filed 02/12/18   Page 8 of 8   Pageid#: 134