

Case 3:17-cv-00089-NKM-JCH   Document 9-10   Filed 02/12/18   Page 1 of 1   Pageid#: 137