UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Christopher Cantwell | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 3:17-CV-00089 |
| | ) | |
| Emily Gorcenski, | ) | |
| Kristopher Goad, | ) | |
| Defendants | ) | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

Having been duly admitted and sworn in to practice before this Court on February 21, 2018, I request that the Clerk please take note of my appearance in this case as counsel for Defendants/Counterclaimants Emily Gorcenski and Kristopher Goad.

Dated: February 24, 2018        /s/ *Pamela Starsia*
                                Pamela Starsia, Esq. (VSV# 88657)
                                3006 Maplelawn Circle
                                Austin, Texas 78723
                                pamstarsia@starsialaw.com
                                518-441-2695

                                *Counsel for Emily Gorcenski and Kristopher Goad*

1

## CERTIFICATE OF SERVICE

I, Pamela Starsia, hereby certify that on February 24, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that counsel for all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 24, 2018.  /s/ *Pamela Starsia*
Pamela Starsia