# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF VIRGINIA, CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Christopher Cantwell ) <br> Plaintiff, Counterdefendant ) <br> ) <br> ) <br> v. ) <br> ) <br> Emily Gorcenski, ) <br> Kristopher Goad, ) <br> Defendants, Counterclaimants ) | Case No. 3:17-CV-00089 |

**PROPOSED ORDER FOR *PRO HAC VICE* ADMISSION OF MOIRA MELTZER-COHEN**

IT APPEARING to the Court that the Defendants/Counterclaimants Emily Gorcenski and Kristopher Goad desire to retain the services of Moira Meltzer-Cohen, Esq. as counsel in the above-captioned matter;

It further appearing that Ms. Meltzer-Cohen is a member in good standing of the state bar of New York and is admitted to practice before federal district courts in the Second and Eighth Circuits;

It further appearing that Ms. Meltzer-Cohen may appear in association with counsel Pamela Starsia and Sandra Freeman, both of whom are admitted to practice before this Court;

It is hereby ORDERED that Moira Meltzer-Cohen, Esq., be admitted to appear before this Court *pro hac vice* in the matter of <u>Cantwell v. Gorcenski, et al.</u> (3:17-cv-00089) pursuant to W.D. Va. Gen. R. 6(d).

It is further ORDERED that Ms. Meltzer-Cohen shall, unless otherwise permitted by the Court and W.D. Va. Gen. R. 6(d), appear in association with Sandra Freeman and/or Pamela Starsia, members of the bar for the Western District of Virginia.

Dated this _____ day of _____, 2018.

_____
JUDGE