# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF VIRGINIA, CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Christopher Cantwell ) <br> Plaintiff, Counterdefendant ) <br> ) <br> ) <br> v. ) <br> ) <br> Emily Gorcenski, ) <br> Kristopher Goad, ) <br> Defendants, Counterclaimants ) | Case No. 3:17-CV-00089 |

**PROPOSED SCHEDULING ORDER**

It is hereby ORDERED THAT

1. Interrogatories issued pursuant to Fed. R. Civ. P. 33 must be served on the opposing party or before **March 12, 2018**.

2. By no later than **April 1, 2018**, Plaintiff/Counterdefendant Cantwell shall provide to the Defendants, pursuant to Fed. R. Civ. P. 26(a)(1)(A) the names and other identifying information of all persons who are likely to have discoverable information, and the names and other identifying information of all persons who were present at, witnessed, or otherwise observed in any capacity the event(s) from which Cantwell's claim arises.

3. The Defendants/Counterclaimants may depose the Plaintiff/Counterdefendant and witnesses for the Plaintiff/Counterdefendant in person or by telephone pursuant to Fed. R. Civ. P. 30(a)(1). Such deposition must be completed by **April 13, 2018**.

4. Plaintiff shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **April 15, 2018**.

5. All fact depositions shall be completed by **April 15, 2018**.

6. All expert depositions shall be completed by **April 30, 2018**.

7. All discovery in this case shall conclude by **May 1, 2018**. All motions to compel discovery shall be made returnable on or before **May 25, 2018**.

8. On **May 15, 2018** a status conference shall be held either telephonically or in person to discuss the status of the case and the possibility of settlement.

9. All dispositive motions shall be filed no later than **June 8, 2018**.

10. Responsive pleadings are due by **June 29, 2018**. Reply pleadings, if any, shall by filed by **July 13, 2018**.

11. The parties shall be ready for trial on or after **August 1, 2018**.

IT IS SO ORDERED

    Dated this _____ day of _____, 2018.

    _____
    JUDGE