# RE: Cantwell v. Gorcenski

Sent: 🔒 February 26, 2018 5:36 PM

From: **Sandra Freeman sandra.c.freeman@protonmail.com**

To: **Elmer Woodard isuecrooks@comcast.net**

CC: **Moira Meltzer-Cohen Mo_At_Law@protonmail.com, pamstarsia@starsialaw.com pamstarsia@starsialaw.com**

Thank you for the clarification.

What do you propose we do regarding the development of a discovery plan and schedule as ordered by the Court?

Sandra C. Freeman, Esq.
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
sandra.c.freeman@gmail.com
sandra.c.freeman@protonmail.com
720-593-9004 (office)
303-469-9547 (fax)

LEGAL DISCLAIMER

The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of the employee or agent responsible for delivering this information to the intended recipient, please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution,disclosure, or reproduction of this email or any part of its contents by anyone other than the intended recipient. No representation is made that this email and attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

Sent with **ProtonMail** Secure Email.

-------- Original Message --------
On February 26, 2018 9:54 AM, Elmer Woodard <isuecrooks@comcast.net> wrote:

> Yes I am going to move to amend.
>
> From: Sandra Freeman [mailto:sandra.c.freeman@protonmail.com]
> Sent: Monday, February 26, 2018 11:25 AM
> To: Elmer Woodard <isuecrooks@comcast.net>
> Cc: Pam Starsia <pamstarsia@protonmail.com>; Moira Meltzer-Cohen <Mo_At_Law@protonmail.com>
> Subject: Re: Cantwell v. Gorcenski

Case 3:17-cv-00089-NKM-JCH   Document 15-2   Filed 02/27/18   Page 1 of 3   Pageid#: 182

Hi Elmer,

I just wanted to follow up on this because we need to provide the Court with a discovery plan tomorrow. Do you have time to talk this afternoon or would you prefer to plan via email?

Sandra C. Freeman, Esq.

5023 W. 120th Avenue, #280

Broomfield, Colorado 80020

sandra.c.freeman@gmail.com

sandra.c.freeman@protonmail.com

720-593-9004 (office)

303-469-9547 (fax)

LEGAL DISCLAIMER

The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of the employee or agent responsible for delivering this information to the intended recipient, please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution, disclosure, or reproduction of this email or any part of its contents by anyone other than the intended recipient. No representation is made that this email and attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

Sent with ProtonMail Secure Email.

-------- Original Message --------

On February 21, 2018 10:09 PM, Sandra Freeman <sandra.c.freeman@protonmail.com> wrote:

> Hi Elmer,

Are you still planning to amend your complaint, or would you like to confer about a discovery plan so that we can inform the Court by next Tuesday?

Sandra C. Freeman, Esq.

5023 W. 120th Avenue, #280

Broomfield, Colorado 80020

sandra.c.freeman@gmail.com

sandra.c.freeman@protonmail.com

720-593-9004 (office)

303-469-9547 (fax)

LEGAL DISCLAIMER

The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of the employee or agent responsible for delivering this information to the intended recipient, please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution,disclosure, or reproduction of this email or any part of its contents by anyone other than the intended recipient. No representation is made that this email and attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

Sent with ProtonMail Secure Email.