IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| Christopher Cantwell, ) | | |
|     Plaintiff, ) | | Civil Action No. 3:17Cv000089 |
| ) | | |
| v. ) | | Judge: Norman K. Moon |
| ) | | |
| ) | | |
| Emily Gorcenski et al. ) | | |
|     Defendant. ) | | |

## *Motion for Enlargement of Time*

Comes now he Plaintiff, by counsel, and moves the court for and enlargement of time to file a report under Fed R. Civ. P. 26(f), on the following grounds, to wit:

1. On February 21, 2018, opposing counsel sent an email asking if Plaintiff would amend or like to confer on a discovery plan. See Exhibit A.

2. On February 26, 22018, counsel informed opposing counsel that Plaintiff would be amending.

3. On February 26 at 7.36 pm (not the 5.30 p.m. time claimed), opposing counsel sent an email demanding to know what was to be done about the Rule 26f conference due on or about February 27, 2018. See Exhibit A.

4. Fed R. Civ. P. provides:

    Computing and Extending Time
    (a) COMPUTING TIME. The following rules apply in computing any time period specified in these rules, in the Federal Rules of Civil Procedure, in any local rule or court order, or in any statute that does not specify a method of computing time.

(1) *Period Stated in Days or a Longer Unit*. When the period is stated in days or a longer unit of time:
(A) exclude the day of the event that triggers the period;
(B) count every day, including intermediate Saturdays, Sundays, and legal holidays; and
(C) include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

5. Excluding the date of the order, 14 days from February 14 is February 28, 2018.

6. As the due date for the Rule 26 f conference has not passed, Defendants' proposed scheduling order should be disregarded, as premature.

7. Plaintiff asks that the time for such conference be enlarged. Since the filing of the complaint, new information has come to light that has direct bearing on this case and raises additional causes of action. Rule 26f disclosures are rather pointless until the initial pleading process is complete, which, with 14 days to amend, would make an answer to the amended complaint due in early April, and the 26f disclosures 14 days after that. No prejudice to the Defendants will result by doing so.

8. As opposing counsel has submitted a proposed order, Plaintiff submits his own. Counsel has a jury trial the last week of April, the middle week of May, and four hour demurrer hearing on the applicability of the Virginia Constitution to the city limits of Charlottesville on June 12, 2018. June 22-July 9 is scheduled for counsel's book promotion tour. July 30-August 3, 2018, trial is scheduled to determine the validity of the United States and Virginia Constitutions within the city limits of Charlottesville. August 13-17 are scheduled for another jury trial, Com v. Cantwell.

9. Despite his efforts to the contrary, Gorcenski is not in fact a female human being, having been born with and retaining the XY chromosome. If convicted and sent to prison in Virginia, he would go to a male prison, whether he liked it or not. Virginia Courts

generally require that the caption list all aliases of the defendants. Further, Gorcenski's presenting himself as a female is untruthful, mendacious, and deceptive. He is free to suffer the consequences of his decision, but has no right to force others to condone his lie. He further has no right to ask a court of law to condone his lie, nor to ask that court to force others to condone it. The United States District Court exists to determine the truth, not to condone falsehoods nor encourage or force others to do so. A United States District Court Judge is not a "transmagistrate;" the magistrate judge is not a "transjudge" any more than counsel for Plaintiff is "transthin," "transyoung, or trans-not-balding." Convicted criminals are not "translawful." Cars with rolled back odometers are not "transmileage;" and perjury is not "transtruth, except to used car salesmen and perjurors.

10. This motion should not be transdenied, but rather granted.