IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

Christopher Cantwell,        )
    Plaintiff,              )     Civil Action No. 3:17Cv000089
                             )
v.                           )     Judge: Norman K. Moon
                             )
                             )
Emily Gorcenski, et al.      )
    Defendant.              )

Scheduling Order

    Plaintiff shall have 14 days from the date of this order to file a Motion to Amend with an Amended Complaint. If granted, Defendants shall file their Answer within 21 days.

FED.R.CIV.P.26(f) CONFERENCE:   14 days from the filing of the Answer to the Amended Complaint.

INITIAL DISCLOSURES UNDER FED.R.CIV.P.26(a): 30 days from the filing of the Amended Complaint.

PLAINTIFF(S) INITIAL EXPERT DISCLOSURE:  75 days from the filing of the Amended Complaint.

DEFENDANT(S) INITIAL EXPERT DISCLOSURE: 90 from the filing of the Amended Complaint.

DEADLINE TO COMPLETE DISCOVERY:   90 days before trial date

DEADLINE TO FILE DISPOSITIVE MOTIONS:  75 days before trial date

DEADLINE FOR HEARING DISPOSITIVE MOTIONS: 45 days before trial date


It is so ORDERED.


ENTERED this _____ day of February, 2018.

_____
Unites States District Judge