IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

Christopher Cantwell,           )
    Plaintiff,              )          Civil Action No. 3:17Cv000089
                                )
v.                              )          Judge: Norman K. Moon
                                )
                                )
Emily Gorcenski et al.          )
    Defendant.              )

Rule 26(f) Report

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 28, 2018 and was attended by:

Counsel for Plaintiff: Elmer Woodard
Counsel for Defendants: None; Ms. Freeman agreed to a phone conference by email on 2/28/17 about 4.00 and was called at 4:29, message left; and again at 5.50 p.m., message left. (Eastern Time)

2. The parties:

___ have exchanged the discovery disclosures required by Rule 26(a)(1);

XX will exchange such disclosures within 30 days of the filing of the Answer to the Complaint

___ are exempt from disclosure under Rule 26(a)(1)(E); and/or

___ have agreed not to make initial disclosures.

3. The parties:

___ unanimously consent to the jurisdiction of, and entry of judgment by, the United States Magistrate Judge pursuant to 28 USC 636(c); and/or


X do not unanimously consent to the jurisdiction of and entry of judgment by the United States Magistrate Judge pursuant to 28 USC 636(c)

4. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: April 1, 2018

5. Is the case appropriate for mediation after a limited discovery period?

No

Will the parties request the services of a court mediator?

No

Has a settlement demand been made?  No

Date by which a settlement demand can be made?  After initial dispositive motions

Date by which a response can be made to settlement demand?


6. Recommended Discovery Plan:

   a. Describe the subjects on which discovery is to be sought and the nature and extent of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions, and (3) prepare for trial:

      Allegations in the complaint, answers, allegations in the counterclaim, and answers

   b. What changes should be made, if any, in the limitations on discovery imposed under the Fed. R. Civ. P. or the WDVA Local Rules, including the limitations to twenty-five (25) interrogatories, forty (40) requests for admissions, and the limitation of ten (10) depositions, each lasting no more than one seven-hour day?

      None

   c. Additional recommended limitations on expansions of discovery:

      None.

   d. Describe the areas for which expert testimony is expected and indicate whether each expert will be specifically retained within the meaning of Fed. R. Civ. P. 26(a)(2):

      Capabilities of Plaintiff's pepper spray

Recommended date for identifying primary experts: with initial disclosures


Recommended date for producing primary expert reports: with initial disclosures

e. Recommended date for identifying rebuttal experts:  100 days after filing of amended complaint

   f. Recommended date for producing rebuttal expert reports:  same

   g. Recommended discovery cut-off date: 90 days before trial date.

7. Recommended dispositive motion deadline:  75 days before trial date

9. Recommended date for trial:  at earliest November 2018

10. Other matters for the attention of the Court:

To assist the Court in docketing this action for trial, the parties advise the Court that they currently estimate that each side (plaintiff and the two Defendants combined) would each need 1 day to present their respective cases, for a total estimated trial length of four days.

	Respectfully Submitted,

/s/ Elmer Woodard

Elmer Woodard
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net

CERTIFICATE OF SERVICE

  The undersigned, being an attorney duly licensed to practice law in the State of Virginia, does hereby certify that a copy of the foregoing was duly served upon the opposing counsel this date as follows:

    By personally hand delivering a copy the same to him or to one of his employees at his office;

    By fax transmission;

XXX  By electronic mail or the court's electronic means;

    By depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

    ADDRESSEE:
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
sandra.c.freeman@protonmail.com 720-593-9004


  This Wednesday, February 28, 2018.

*Elmer Woodard*