CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
03/01/2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| CHRISTOPHER CANTWELL, ) | |
|     Plaintiff, ) | Civil Action No. 3:17cv00089 |
| ) | |
| v. ) | ORDER |
| ) | |
| EMILY GORCENSKI, et al., ) | By:    Joel C. Hoppe |
|     Defendants. ) | United States Magistrate Judge |

This matter is before the Court on Plaintiff's Motion for Enlargement of Time. ECF No. 17. Plaintiff seeks additional time to submit a Rule 26(f) report. Subsequent to filing the motion, Plaintiff filed a Rule 26(f) Report. Thus, the motion is hereby DENIED AS MOOT.

Also before the Court is Defendants/Counter Claimants' discovery letter, which addresses their position on the case schedule and requests that the style of the case be amended to reflect Emily Gorcenski's legal name. ECF No. 15. Defendants/Counter Claimants' counsel represents that Emily Gorcenski changed her name by court order from Edward to Emily. Plaintiff's counsel appears to acquiesce in this request. The Court finds this request appropriate and DIRECTS that the style of the case shall be AMENDED to identify Defendant/Counter Claimant as Emily Gorcenski, rather than Edward J. Gorcenski.

The Court will hold a Rule 16 scheduling conference with the parties in the near future. The parties are DIRECTED to confer on the topics detailed in Rule 26(f) in advance of the scheduling conference.

It is so **ORDERED**.

ENTER: March 1, 2018

*/s/ Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge