IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| Christopher Cantwell, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:17Cv000089 |
| | ) | |
| v. | ) | Judge: Norman K. Moon |
| | ) | |
| | ) | |
| Emily Gorcenski et al. | ) | |
|     Defendant. | ) | |

## Motion to Amend

    Comes now the Plaintiff, by counsel, and moves the court for Leave to Amend the Complaint for the reasons set forth in the accompanying Memorandum. A copy of the proposed Amended Complaint is attached. Exhibits thereto will be mailed to the clerk and opposing counsel.

                                                                      Christopher Cantwell

/s/ Elmer Woodard
_____

Elmer Woodard
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net

CERTIFICATE OF SERVICE

    The undersigned, being an attorney duly licensed to practice law in the State of Virginia, does hereby certify that a copy of the foregoing was duly served upon the opposing counsel this date as follows:

    By personally hand delivering a copy the same to him or to one of his employees at his office;

    By fax transmission;

XXX   By electronic mail or the court's electronic means;

    By depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

    ADDRESSEE:
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
sandra.c.freeman@protonmail.com 720-593-9004


 This Monday, March 19, 2018.


*Elmer Woodard*