***Elmer Woodard***
***Attorney at Law P.C.***
5661 US Hwy 29
Blairs, Va 24527
434-TRiangle 8-3422
434.878.3422
isuecrooks@comcast.net

Tuesday, March 20, 2018

Clerk,
United States District Court
Western District of Virginia
Charlottesville Division

Re: Cantwell v. Gorcenski, Civil Action No. 3:17Cv000089

Dear Sir:

    I trust receipt hereof finds you well.

    There is a typographical error in the Proposed Amended Complaint. Paragraph 21 should read "Cantwell did not know Menne," instead of "Cantwell did know Menne."

    With kind regards, I am

                                Very Truly Yours,

                                  Elmer Woodard

Cc:
Via ECF
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020