# Exhibit B

# "Gassing Kikes and Trannies" post/song, posted to Plaintiff/Counter Defendant's Blog on Dec. 10, 2017

# (described in ¶ 27(f))

  

# Christopher Cantwell

Radical Agenda



ABOUT  MEMBERS ONLY  SUBSCRIBE  CONTACT  DONATE  LIVE  SHOP



Music

## Gassing Kikes and Trannies (Song)

 December 10, 2017   Chris   33 Comments

The is a song about phony victimhood, perjury, and ostensibly Republican prosecutors who cooperate with lying communist agitators. It should not be interpreted as a threat or intent to do anything other than mock dishonest people.

Lyrics

We're gassing kikes and trannies
There's panic in the air
The pepper spray is stinging like the estrogen syringes
Jews are crying and noone cares

We're gassing kikes and trannies
For the glory of the reich
There's no loss of life just pain and strife
for the tranny and the kike



Gassing Kikes and Trannies

### Search this site

Search 

### How To Escape Jewish Finance



The Alt Right Cryptocurrency Crash Course



A tranny is a fuckin mental patient
A Jew is born to parasite off whites
And if you see the both of them a droppin
You know it's time to really celebrate

Well we're gassing kikes and trannies
Make the God Emperor proud
We can laugh with glee, while she stands and pees
In a caustic OC cloud

….

You might say we're violating rights now
But trannies aren't human after all
**Jews are victims even if you don't spray**
So might as well have fun and gas them all

Oh we're gassing kikes and trannies
**Cause we'll be prosecuted even if we don't**
They always lie, so they deserve to die
The least we can do is make their eyes hurt

We're gassing kikes and trannies
Until there ain't no more to gas
These AntiFa fags, with their commie flags
Make us kick their pussy ass

We're gassing kikes and trannies
Now the cops are on their way
**Instead of stopping fights, they're arresting whites**
That's what happens when you tolerate gays
Instead of stopping fights, they're arresting whites
That's what happen when you tolerate gays!


Recorded by one of the most talented people on the Alt Right, Morrakiu.


00:00                                                                                   00:00

Podcast: Play in new window | Download

Other people need to see this!



| | | |
|---|---|---|
| | Bitcoin(BTC) | $9374.35 |
| | Ethereum(ETH) | $978.798 |
| | Ripple(XRP) | $ 0.940993 |
| | Bitcoin Cash(BCH) | $1301.92 |
| | Litecoin(LTC) | $162.83 |
| | Dash(DASH) | $644.405 |
| | Monero(XMR) | $256.156 |

I Recommend

← About The Crying Nazi Nonsense       James Alex Fields is Innocent →