# Exhibit C

# Cartoons of Anti-Racist Protesters Being Murdered, Depicting Ms. Gorcenski, posted to Plaintiff/Counter Defendant's Blog

# (described in ¶ 27(g))

