# Exhibit D

# "Gabs" posted or reposted by Plaintiff/Counter Defendant
# (described in ¶30)

¶ 30(a)



**Christopher Cantwell** @Cantwell PRO
14 hours

Hello enemy stalker. Your entire life is a lie, and you will soon be punished for your sins.

38   3   5

¶ 30(b)

**Christopher Cantwell** @Cantwell PRO
15 hours

As opposed to trannies, who lie about everything including their gender, AND their desire and capacity for violence.

> **Emily G, Cville.** @EmilyGorcenski · 2h
> Nazis lie about everything except their desire and capacity for violence.
>
> 4   40   137

86   Reply 6   Repost 17   Quote

¶ 30(c)

**Christopher Cantwell** @Cantwell PRO
11 hours

It's not witness intimidation when we're the witnesses, you lying mental patient. Get your affairs in order now, because it is exceedingly difficult to manage these things from jail when you haven't prepared in advance.

24   Reply   Comments 2   Repost 4   Quote

¶ 30(d)

**Christopher Cantwell** @Cantwell PRO
7 days

Give it up faggot, it's not a violation of my bail conditions to have opinions. You're going to men's prison for perjury.

37   Reply   Comments 1   Repost 7   Quote

Replies   date   score

¶ 30(e)

**Nathaniel Wagner** @NiceGuyNatSoc
7 days

That's not enough of a punishment, because we all know Edward is the kind of degenerate who would enjoy having a train run on him in prison by real men.

3

¶ 30(f)

↻ **Christopher Cantwell** reposted

**Eric The Awful** @emuelle1 PRO
5 days

I got a zuck just for using the word "tranny". I called that Emily tranny that lied about **@Cantwell** a "tranny fag thing" in a comment in a closed group, and got zucked for it.

14   1     3

¶ 30(g)



¶ 30(h)

¶ 30(i)



¶ 30(j)



¶ 30(k)



## ¶ 30(*l*)—Reproduced at <u>Exhibit E</u>

¶ 30(m)



¶ 30(n)



¶ 30(o)



¶ 30(p)



¶ 30(q)



¶ 30(r)



¶ 30(s)



¶ 30(t)



Christopher Cantwell @Cantwell PRO
a month

The thing is, I don't feel any better calling that fuckin freak a man, and I was never able to figure out the gender neutral they/them thing when it came to singular entities. This is why we just need to have them executed at taxpayer expense.

> Byron de la Vandal @ByronDLVandal
> a month
>
> "she"
>
> Do I smell cucking, Cantwell?

41  Reply  Comments  Repost 4  Quote

¶ 30(u)

Christopher Cantwell @Cantwell PRO
a month

I've been doing a lot of thinking about transgender rights lately, and I can only come up with one. Assisted suicide.

89  Reply  Comments 12  Repost 13  Quote

¶ 30(v)



¶ 30(w)-1

¶ 30(w)-2

¶ 30(x)

¶ 30(y)

