# Exhibit E

# "Stripe Gives Antifa Your Credit Card Info", post to Plaintiff/Counter Defendant's Blog on Feb. 16, 2018

# (described in ¶ 30(l))

archive.today
webpage capture

Saved from https://christophercantwell.com/2018/02/16/stripe-gives-antifa-credit-card-info/   search   16 Feb 2018 17:56:18 UTC

All snapshots from host christophercantwell.com    history

Webpage | Screenshot    share    download .zip    report error or abuse

# Christopher Cantwell
Radical Agenda

ABOUT   JOIN   SUBSCRIBE   CONTACT   DONATE   LIVE   SHOP



Antifa

## Stripe Gives Antifa Your Credit Card Info

February 16, 2018   Chris   3 Comments

In the wake of leftist riots that left a landwhale and two cops dead in Charlottesville last August, PayPal, Stripe, Venmo, and other payment systems banned basically anyone who wasn't part of the problem. Since then, Stripe has cut off service to other right of center businesses. Most recently, MakerSupport, which attempted to be something of a Free Speech Patreon was a victim of the campaign.

Now we know why.

Emily Gorcenski, a mentally ill liar who committed perjury to have me arrested for crimes which never occurred, posted on Twitter that "The good people at @stripe, which includes many friends and former coworkers of mine, have cut off payments to Maker Support because of their support of Nazis, and their CEO is angry."

Emily's real name is Edward, and he is pretending to be a woman. He is a professional victim whose entire life revolves around antifa, a left wing terrorist movement which believes Donald Trump is a fascist dictator, and seeks the violent overthrow of the United States government.

If you watch Edward's Twitter feed for an hour or so, you'll realize it is impossible for him to have friends that are not complete lunatics. That means, if Stripe is hiring friends of Gorcenski, Stripe is hiring antifa.



Search this site

Search 🔍

### How To Escape Jewish Finance



The Alt Right Cryptocurrency Crash Course



Case 3:17-cv-00089-NKM-JCH    Document 25-5    Filed 03/20/18    Page 2 of 6    Pageid#: 361

You might not think that's a big problem. Maybe you think antifa is just fighting white supremacists, and since you think white supremacy is evil, you're okay with that. But here's something you need to know.

As far as antifa is concerned, everything right of Bernie Sanders is fascism.







Case 3:17-cv-00089-NKM-JCH    Document 25-5    Filed 03/20/18    Page 3 of 6    Pageid#: 362



Now more than ever, you need to learn about cryptocurrencies, and how to protect your identity online.

Other people need to see this!

---

← Radical Agenda S03E028 – Heartburn



### Chris

Christopher Cantwell is a former political prisoner, and current host of the Radical Agenda. The most entertaining podcast of the Alt Right.



**Protect Your Privacy**



Privacy Protection Tips

**Members Log In**

Log in

Entries RSS

Comments RSS

WordPress.org

Case 3:17-cv-00089-NKM-JCH   Document 25-5   Filed 03/20/18   Page 4 of 6   Pageid#: 363

Sorry, the browser you are using is not currently supported. Disqus actively supports the following browsers:

- **Firefox**
- **Chrome**
- **Internet Explorer 11+**
- **Safari**



**Joe Eagle** • 54 minutes ago

Don't give up if you haven't mastered crypto yet. Chris in his paper on this website leans away from Coinbase. However, I found Coinbase to be an excellent gateway site. It's easy to use and secure. You will need a way to receive texts, since part of the security is texting you codes.

Within minutes, I had my bank account linked and was able send Chris money. I don't want to be a spoiler, but will say the first audio -- a short piece -- I reviewed behind the paywall was well worth the membership fee. The fee was pro-rated since we're halfway through the month.

Having trouble with crypto? Message me on Gab @Joe_the_Jew



**JuanDeages** • 54 minutes ago

Oy vey, without medicade democrat voters would die goy. Don't look at patents for (((big pharma))), or the insurance lobby who want to keep service in state to jack up prices.

On topic though, there has to be some way to set up a fiat payment processor that isn't tied to existing services. We can't just pass through jew controlled companies and expect them to let us do business. I think crypto is great, but there are things you need fiat for, at least in the present. Is there anything in the way of a stand alone platform being developed?



**Joe Eagle** • 51 minutes ago

I think this may address your point. Around here, there is an ATM-like machine where cash is inserted, I think, and crypto bought. I haven't used it yet. All I did was research it online. In theory, using it gets around financial institutions.

Copyright © 2018 Christopher Cantwell. All rights reserved.
Theme: ColorMag by ThemeGrill. Powered by WordPress.

  

Case 3:17-cv-00089-NKM-JCH   Document 25-5   Filed 03/20/18   Page 5 of 6   Pageid#: 364

Case 3:17-cv-00089-NKM-JCH Document 25-5 Filed 03/20/18 Page 6 of 6 Pageid#: 365