# Exhibit F

# David Rotter Tweets to Ms. Gorcenski
# (described in ¶ 42)

# from:davidoshine3 to:emilygorcenski

**Top** | Latest | People | Photos | Videos | News | Broadcasts

**Search filters** Show

**Who to follow** Refresh View all

- Followed by Sarah Rogerson and others
- **John Legere** @JohnLeg... ✕
  Follow
  Promoted
- **Insurrection News** @Insur... ✕
  Follow
- **libcom dot org** @libcomorg ✕
  Follow

**Find people you know**
Import your contacts from Gmail

Connect other address books

**Trends for you** Change

**#MeekMill**
Check Out Rolling Stone's Story on Meek Mill
Promoted by Rolling Stone

**Augie Garrido**
8,267 Tweets

**Rhode Island**
10.8K Tweets

**#MarchMadness**
@amprog is Tweeting about this

**Wright State**
3,285 Tweets

**#ThursdayThoughts**
@ShaunKing, @MAMAVA and 1 more are Tweeting about this

**#IdesOfMarch**
@ChristinaSFLaw and @TheWinterMen are Tweeting about this

**Miami**
228K Tweets

**Trae Young**
8,936 Tweets

**Hood County**

---

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
He could have sprayed it in the air with not a single person around and this charge could have been brought forward.
💬 1  🔁  ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
"CAPABLE of, producing vile or injurious or nauseating odors" no injury or victim is necessary for this charge.
💬 1  🔁  ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
Maybe you should march down to his office and tell him how to do his job. I would think that such evidence would be of the utmost importance at a preliminary hearing.
💬  🔁  ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
The only thing in question is whether he deployed the pepperspray unlawfully. There are no charges left relating to personal injury to you or Goad.
💬 1  🔁  ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
Why not?
💬 1  🔁  ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
You alleged that you were affected by Cantwell's pepperspray. That could not be proven. End of story.
💬 1  🔁  ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
The judge literally spent hours looking at footage and found there was not enough evidence to move forward with your malicious bodily injury charge. Pretty sure he is more qualified to make that call than you are.
💬 1  🔁  ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski

Really? Then why was the charge dropped?

💬 1    🔁    ✉

# from:davidoshine3 to:emilygorcenski

**Top**   Latest   People   Photos   Videos   News   Broadcasts

---

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
Which part if what I said is false?

💬 1    🔁    ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
The remaining charge has nothing to do with personal injury. Any alleged injury to Goad or yourself could not be proven, therefore they were thrown out. They will not be brought back up because it was easily proved in court that there is no evidence to back up your claims.

💬 1    🔁    ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
The charges that you and Goad filed claiming injury were thrown out. Same with your restraining order. I was there.

💬 2    🔁    ✉

**David O'Shine** @DavidOShine3 · 27 Nov 2017
Replying to @EmilyGorcenski
Who hurt You? Cantwell? Those allegations were laughed out of court.

💬 1    🔁    1    ✉

**David O'Shine** @DavidOShine3 · 26 Nov 2017
Replying to @EmilyGorcenski
Wrong

💬    🔁    ✉

**David O'Shine** @DavidOShine3 · 10 Nov 2017
Replying to @EmilyGorcenski
Your charges were dropped because you and Goad lied. Yes, that's a failure. If you actually think Cantwell will be convicted of that, you are insane. Plea agreement incoming. Misdemeanor, time served.

💬 1    🔁    1    ✉

**David O'Shine** @DavidOShine3 · 10 Nov 2017
Replying to @EmilyGorcenski
You failed miserably yesterday. And I have to say, your people need to work on their optics. Literally everyone there looked like greasy crackheads.

💬 1    🔁    ✉

**David O'Shine** @DavidOShine3 · 10 Nov 2017
Replying to @EmilyGorcenski
You're having a hard time with this, aren't you?

from:davidoshine3 to:emilygorcenski

**Top**  Latest  People  Photos  Videos  News  Broadcasts

**David O'Shine** @DavidOShine3 · 10 Nov 2017
Replying to @EmilyGorcenski
Imagine being so pathetic that your entire case was proven fraudulent and you still think you have the upper hand.

💬   🔁   4   ✉️

**David O'Shine** @DavidOShine3 · 1 Nov 2017
Replying to @EmilyGorcenski
What is that thing on your lip?

💬 1   🔁   ✉️

**David O'Shine** @DavidOShine3 · 1 Nov 2017
Replying to @EmilyGorcenski
Did you edit out the herpes on your lip or is the outbreak done?

💬 1   🔁   ✉️

**David O'Shine** @DavidOShine3 · 30 Oct 2017
Replying to @EmilyGorcenski
Pshhh

**from:davidoshine3 to:emilygorcenski**

**Top** | Latest | People | Photos | Videos | News | Broadcasts

**David O'Shine** @DavidOShine3 · 20 Oct 2017
Replying to @EmilyGorcenski
Wow. Lol.

**David O'Shine** @DavidOShine3 · 20 Oct 2017
Replying to @EmilyGorcenski
Then why is it literally all you talk about? 😂

**David O'Shine** @DavidOShine3 · 17 Oct 2017
Replying to @EmilyGorcenski
None of that would have happened if you maniacs let our people speak. Instead, you came to fight, throw shit and piss and wreck the town. We were peacefully gathered until you decided you were going to shut down our event with violence.

**David O'Shine** @DavidOShine3 · 17 Oct 2017
Replying to @EmilyGorcenski
You act as if it's the people coming to listen to him destroying everything, when you know damn well that's not what's going on.

**David O'Shine** @DavidOShine3 · 17 Oct 2017
Replying to @EmilyGorcenski @RedCville and 2 others
You did. As soon as you called the cops on Chris in the walmart parking lot, you started all of this. Don't even deny doing it.

**David O'Shine** @DavidOShine3 · 17 Oct 2017
Replying to @EmilyGorcenski @RedCville and 2 others
I would think that you Would have more compassion for people that fear becoming a hated and violently persecuted minority...

**David O'Shine** @DavidOShine3 · 17 Oct 2017
Replying to @EmilyGorcenski @RedCville and 2 others
I do. Mainly because if someone hurts you for all of the vile shit that you have done, it's going to come back on us. I legitimately fear for your saftey.

**David O'Shine** @DavidOShine3 · 17 Oct 2017

from:davidoshine3 to:emilygorcenski

Top   Latest   People   Photos   Videos   News   Broadcasts

**David O'Shine** @DavidOShine3 · 17 Oct 2017
Replying to @EmilyGorcenski @RedCville and 2 others
Nust because you deleted it doesn't mean we don't have it.

💬 3   ⟲   ✉

**David O'Shine** @DavidOShine3 · 17 Oct 2017
Replying to @EmilyGorcenski @RedCville and 2 others
You do realize you did the exact same thing you are accusing him of, right?

💬 1   ⟲   ✉

**David O'Shine** @DavidOShine3 · 17 Oct 2017
Replying to @EmilyGorcenski @NChukma
What is the question?

💬   ⟲   ✉

**David O'Shine** @DavidOShine3 · 16 Oct 2017
Replying to @EmilyGorcenski @RedCville
Clown world.

💬   ⟲   ✉

**David O'Shine** @DavidOShine3 · 16 Oct 2017
Replying to @EmilyGorcenski
I'm not going to assume that ever. You stalk that man wherever he goes.

💬 3   ⟲   5   ✉

**David O'Shine** @DavidOShine3 · 16 Oct 2017
Replying to @EmilyGorcenski
How many baseless accusations do you think you can make before this bites you in the ass legally?

💬 1   ⟲   3   ✉

**David O'Shine** @DavidOShine3 · 16 Oct 2017
Replying to @EmilyGorcenski
You know exactly why.

💬   ⟲   ✉

**David O'Shine** @DavidOShine3 · 16 Oct 2017
Replying to @EmilyGorcenski
You have lost your fucking mind.

💬 1   ⟲   1   ✉

**David O'Shine** @DavidOShine3 · 14 Oct 2017
Replying to @EmilyGorcenski
Ok. But what is false? The only thing that is really debatable is probably "mental patient". Either way, this case is going to be thrown out.

from:davidoshine3 to:emilygorcenski

Top    Latest    People    Photos    Videos    News    Broadcasts

David O'Shine @DavidOShine3 · 13 Oct 2017