# Exhibit G

# Jason Kessler Facebook Post Targeting Mr. Goad Tweets to Ms. Gorcenski

# (described in ¶ 43)



