# Elmer Woodard
## Attorney at Law P.C.

5661 US Hwy 29
Blairs, Va 24527
434-TRiangle 8-3422
434.878.3422
isuecrooks@comcast.net

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

MAR 26 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Wednesday, March 21, 2018

Clerk,
United States District Court
Western District of Virginia
Charlottesville Division

Re: Cantwell v. Gorcenski, Civil Action No. 3:17Cv000089

Dear Sir:

    I trust receipt hereof finds you well.

    Enclosed please find a disk containing the exhibits to the Proposed Amended Complaint. I had planned to file it in person today but the snow changed my plans.

    With kind regards, I am

                              Very Truly Yours,

                              Elmer Woodard

Cc:
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020