IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| CHRISTOPHER CANTWELL, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:17cv00089 |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| EMILY GORCENSKI, et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on Defendants' Motion for Enlargement of Time. ECF No. 28. Defendants seek additional time to respond to Plaintiff's Motion for Leave to Amend the Complaint (ECF Nos. 22, 23).

It Appearing to the Court that the Motion should be granted for good cause shown pursuant to Local Rule 11(c)(3) it is hereby ORDERED that Defendant's Motion for Enlargement of Time to file its Response to Plaintiff's Motion for Leave to Amend the Complaint is granted, and Defendants shall have until April 23, 2018 to file any such Response.

It is so **ORDERED**.

ENTER: March _____, 2018

Joel C. Hoppe
United States Magistrate Judge