IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| Christopher Cantwell, ) | | |
|     Plaintiff, ) | Civil Action No. 3:17Cv000089 | |
| ) | | |
| v. ) | Judge: Norman K. Moon | |
| ) | | |
| ) | | |
| Emily Gorcenski et al. ) | | |
|     Defendant. ) | | |

## Motion for Partial Summary Judgment

Comes now the Plaintiff, by counsel, and pursuant to Fed R. Civ. P. 56, moves the court for partial summary judgment. No genuine issue of material fact exists as to whether Defendant Goad maliciously prosecuted the Plaintiff, as set forth on the accompanying memorandum.

Christopher Cantwell

/s/Elmer Woodard

Elmer Woodard
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net

# CERTIFICATE OF SERVICE

      The undersigned, being an attorney duly licensed to practice law in the State of Virginia, does hereby certify that a copy of the foregoing was duly served upon the opposing counsel this date as follows:

          By personally hand delivering a copy the same to him or to one of his employees at his office;

          By fax transmission;

XXX      By electronic mail or the court's electronic means;

          By depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

          ADDRESSEE:
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
sandra.c.freeman@protonmail.com 720-593-9004

      This Friday, April 20, 2018.

*Elmer Woodard*