Printed 02/06/2018 13:52

*University of Virginia Police Department*

OCA: 201717143

Case Status: ACTIVE – OPEN CASE     Case Mng Status: OPEN/ACTIVE     Occurred: 08/11/2017

Offense: ASSAULT-SIMPLE

Investigating Officer: ACORD, CASEY (U14)     Date/Time: 08/17/2017 13:51:00, Thursday

Supervisor: BLAKEY, MICHAEL A (U7)     Supervisor Review D/T: 08/17 16:00:00, Thursday

Reference: Assist Report

On August 17, 2017 Kristopher Goad came to the University of Virginia Police Department requesting assistance in obtaining a warrant against Christopher Cantwell. I escorted Kristopher downstairs to our interview room along with his father Alan Goad. Kristopher said he was not able to identify his offender Friday night but after seeing numerous videos and social media posts, he can now positively identify the assailant as Christopher Cantwell. He said he is 100% sure it was Cantwell and described him as a white male with stubble on his head wearing a black t-shirt that read Radical Agenda. He said there was approximately 200 individuals carrying lit torches, chanting "white lives matter" and " Jews will not replace us". The group began swinging torches at Goad but he was able to dodge them and remove his glasses. After removing his glasses, he observed a fire on the ground from what appeared to be a citronella canister. Goad stomped on the fire and when he looked back up, Cantwell sprayed him in the face. Goad said during his temporary blinding, he was struck by tiki torches but is unable to identify the offenders striking him.

I obtained a written statement and escorted him to the magistrates office. Goad testified before the magistrate his statement of events and his assault. The magistrate issued a felony warrant for 18.2-312 Assault and also issued an Emergency Protective Order. The protective order was served by the magistrate on Goad as the petitioner and the other copies along with the warrant will be kept in services and entered into NCIC and VCIN.

I will continue to review all incoming videos and social media in relation to this incident and the assault by the unknown offender on Goad

Case Continues.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| Christopher Cantwell, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:17Cv000089 |
| | ) | |
| v. | ) | Judge: Norman K. Moon |
| | ) | |
| | ) | |
| Emily Gorcenski et al. | ) | |
|     Defendant. | ) | |

# Declaration of Jeremy Williams

1. I am Jeremy Williams. I am over the age of 18 and competent to testify. I make this declaration of my own personal knowledge.

2. I am a legal assistant to Elmer Woodard.

3. On February 6, 2018, I accompanied him to the offices of the Commonwealth Attorney of Albemarle County.

4. Their office does not allow the making of copies of documents, but they do allow transcription.

5. The attached is a transcription of a document in the file Commonwealth v. Cantwell that I transcribed. Spelling and formatting may differ slightly from the original, but the content is a substantially true and correct transcription of the document. (Acord Report)

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2018.

                                            Jeremy Williams