

Goad looking up

Cantwell in background, near SE corner

White Shirt Tiki

Flame on ground

NW Corner

Unicorn Riot

Case 3:17-cv-00089-NKM-JCH Document 39-6 Filed 04/20/18 Page 1 of 1 Pageid#: 521