# REPORTING OFFICER NARRATIVE

*University of Virginia Police Department*  OCA 2017-17143

Victim: GOAD, KRISTOPHER CHENEY    Offense: ASSAULT-SIMPLE

Date/Time Reported: Fri 08/11/2017 23:55

Officer E. Thompson UP62
Incident #2017-17143
Assault

On 8/11/2017 at the Rotunda during a planned gathering of Jason Kessler group, a large amount of people began throwing and swinging lit torches at individuals in the area. There were people hitting and shoving one another. At that time Sgt. Stuart ordered that we disperse the crowd as it then being an unlawful assembly.
After the area of the Rotunda was cleared, I was informed by a Charlottesville City Police Officer that a male was sprayed with OC and wanted to file a police report.
I met with Kristopher Goad, and inquired whether he needed medical treatment. Kristopher informed me that he was already treated by rescue and that he was okay.
Kristopher explained to me that he was between a group of student advocates, that surrounded the Thomas Jefferson (sic) in front of the Rotunda, and the very large group of people carrying torches that then surrounded them. Kristopher advised that people started shoving one another and he attempted to stop them. He stated that if someone was going to get hurt, he wanted it to be him instead of one of the students.
During this time Kristopher stated that he was sprayed with OC by an unknown male. Kristopher described the male as being white, maybe 35 to 40 years of age, with a shaved head, and wearing a black shirt with the words "Radical Agenda".
Kristopher stated that after being sprayed he could see and he fell towards the ground. He explained that he was being punched, but he due (sic) to the OC he could not see who was punching him.
Kristopher informed me that OC used was a gel form.
Kristopher expressed that he would to pursue charges (sic), if the suspect is identified.
Kristopher was given my contact inform (sic) and the report number. He advised that he would come by UVA Police Department at any time and ask for a victim/witness packet.
Officer Berta informed me that there was a can of OC spray near some bushes in front of the Rotunda. I then collected the can of OC that was made by Sabre Red, which read maximum strength pepper gel. The number 120816-E1 4964145. The area was checked for any other cans of OC, but this was the only one around. The can of OC was entered into BEAST as evidence. A request for the can OC to be sent off for finger printing will be made. I will check with the monitoring station to see if video of the assault is captured at a later date.
Nothing further.

Reporting Officer: THOMPSON, EDWARD
Printed By: TTUTHILL,    08/21/2017 16:11    Page 3

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| Christopher Cantwell,<br>  Plaintiff,<br><br>v.<br><br>Emily Gorcenski et al.<br>  Defendant. | Civil Action No. 3:17Cv000089<br><br>Judge: Norman K. Moon |

# Declaration of Jeremy Williams

1. I am Jeremy Williams. I am over the age of 18 and competent to testify. I make this declaration of my own personal knowledge.

2. I am a legal assistant to Elmer Woodard.

3. On February 6, 2018, I accompanied him to the offices of the Commonwealth Attorney of Albemarle County.

4. Their office does not allow the making of copies of documents, but they do allow transcription.

5. The attached is a transcription of a document in the file Commonwealth v. Cantwell that I transcribed. Spelling and formatting may differ slightly from the original, but the content is a substantially true and correct transcription of the document. (Thompson Report)

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2018.

_____
Jeremy Williams