# Exhibit A

**Tweets of Emily Gorcenski on August 11, 2017, with time stamps, sourced directly from Twitter, as viewed in Eastern Daylight Time Zone**

**(referenced in ¶¶ 8-12 of declaration)**

# A-1





Tweet by Emily Gorcenski with timestamp of 11:51 AM EDT, August 11, 2017 (https://twitter.com/EmilyGorcenski/status/896036243846422529); Tweet is referenced in ¶ 17 of the Proposed Amended Complaint, with time zone incorrectly shown as 8:51 AM, because the archived Tweet was timestamped in PDT.

# A-2



Tweet by Emily Gorcenski with timestamp of 11:51 AM EDT, August 11, 2017 (https://twitter.com/EmilyGorcenski/status/896060176922431488); this Tweet is referenced in ¶ 42 of Proposed Amended Complaint, with timestamp omitted, but with the correct time in EDT identified in text.

**A-3**



Thread view of Tweets by Emily Gorcenski on August 11, 2017, showing that Tweets reproduced at **A-1** and **A-2**, above, are in the same Twitter thread; it would be impossible for a user to view the Tweet at **A-2** without also viewing the Tweet at **A-1**, and viewing them in the same time zone.

# Exhibit B

# Photo (and associated metadata) taken by Emily Gorcenski in Wal-Mart parking lot at 12:09:49 pm on August 11, 2017

## (referenced in ¶¶ 15 -16 of declaration)

**\*Note: Association of metadata to photo is evidenced by fuzzy outline of associated photo viewable in the background of metadata screenshot**



Photo taken by Emily Gorcenski upon arrival at Wal-Mart parking lot on August 11, 2017; metadata on next page.



Photo metadata, "Title" field records date as 8/11/2017, and time as 12:09:49pm.

# Exhibit C

# Photo (and associated metadata) taken by Emily Gorcenski in Wal-Mart parking lot at 12:30:44 PM pm on August 11, 2017

## (referenced in ¶¶ 21 - 24 of declaration)

*Note: Association of metadata to photo is evidenced by fuzzy outline of associated photo viewable in the background of metadata screenshot

Exhibits to Declaration of Emily Florence Gorcenski dated April 23, 2018
Case 3:17-cv-00089-NKM-JCH   Document 35   Filed 04/23/18   Page 7 of 15   Pageid#: 563

7



Photo taken by Emily Gorcenski in sideview mirror of truck at Wal-Mart parking lot, 12:30:44 PM on August 11, 2017. Metadata on next page.

Exhibits to Declaration of Emily Florence Gorcenski dated April 23, 2018
8
Case 3:17-cv-00089-NKM-JCH   Document 35   Filed 04/23/18   Page 8 of 15   Pageid#: 564



Photo metadata, "Title" field records date as 8/11/2017, and time as 12:30:44pm.

# Exhibit D

# Photo (and associated metadata) taken by Emily Gorcenski in Wal-Mart parking lot at 12:35:09 PM pm on August 11, 2017

## (referenced in ¶ 24 of declaration)

*Note: Association of metadata to photo is evidenced by fuzzy outline of associated photo viewable in the background of metadata screenshot



Photo taken by Emily Gorcenski from her truck at Wal-Mart parking lot, at 12:35:09 PM on August 11, 2017. Metadata on next page.

Exhibits to Declaration of Emily Florence Gorcenski dated April 23, 2018
Case 3:17-cv-00089-NKM-JCH   Document 35   Filed 04/23/18   Page 11 of 15   Pageid#: 567
11



Photo metadata, "Title" field records date as 8/11/2017, and time as 12:35:09 pm.

# Exhibit E

## Photo (and associated metadata) taken by Emily Gorcenski in Wal-Mart parking lot at 12:36:45 PM pm on August 11, 2017

## (referenced in ¶¶ 22, 28 of declaration)

*Note: Association of metadata to photo is evidenced by fuzzy outline of associated photo viewable in the background of metadata screenshot



Photo taken by Emily Gorcenski from her truck at Wal-Mart parking lot, at 12:36:45 PM on August 11, 2017, through open window of her truck.  Note proximity of Albemarle County Police Officer, and large black smudge viewable on Ms. Gorcenski's sideview mirror; this black smudge can also be seen in the photo at **Exhibit B**.  Metadata this photo on next page.



Photo metadata, "Title" field records date as 8/11/2017, and time as 12:36:45 pm.