# Exhibit B

## to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment: Photograph from the Indy Star of Plaintiff Deploying Pepper Spray in Close Proximity to Mr. Goad*

*\*Note: Mr. Goad is the person in a denim jacket, with his back to the camera; Plaintiff is the person in a black t-shirt, who is seen pepper spraying an individual in a black knit hat in the eyes.*

