IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

Christopher Cantwell,               )
      Plaintiff,                )               Civil Action No. 3:17Cv000089
                   )
v.                                  )               Judge: Norman K. Moon
                   )
                   )
Emily Gorcenski et al.              )
      Defendant.                )

# *Motion to Strike*

Comes now the Plaintiff, by counsel, and moves to strike portions of Defendant Goad's

Opposition, as more fully set forth in the accompanying memorandum.



Christopher Charles Cantwell



/s/ Elmer Woodard

Elmer Woodard
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net

CERTIFICATE OF SERVICE

       The undersigned, being an attorney duly licensed to practice law in the State of Virginia, does hereby certify that a copy of the foregoing was duly served upon the opposing counsel this date as follows:

                               By personally hand delivering a copy the same to him or to one of his employees at his office;

                    By fax transmission;

XXX          By electronic mail or the court's electronic means;

                    By depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

                    ADDRESSEE:

**Pam Starsia**

pamstarsia@starsialaw.com

       This Sunday, May 13, 2018.

*Elmer Woodard*