IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

Christopher Cantwell,           )
     Plaintiff,             )           Civil Action No. 3:17Cv000089
                             )
v.                        )           Judge: Norman K. Moon
                             )
                             )
Emily Gorcenski et al.          )
     Defendant.             )

# *Second Motion to Amend*

Comes now the Plaintiff, by counsel, and moves the court for Leave to Amend the Complaint for the reasons set forth in the accompanying Memorandum. A copy of the 42 page proposed Amended Complaint is attached thereto. The exhibits to the proposed Amended Complaint already abide in the breast of the Court, but since an Amended Complaint replaces an earlier one, the exhibits have been relettered, and, with a copy of the MP video files, will be mailed to the clerk of this court and opposing counsel.

Christopher Cantwell

/s/ Elmer Woodard
_____

Elmer Woodard
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net

## CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of Virginia, does hereby certify that a copy of the foregoing was duly served upon the opposing counsel this date as follows:

By personally hand delivering a copy the same to him or to one of his employees at his office;

By fax transmission;

XXX      By electronic mail or the court's electronic means;

By depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

ADDRESSEE:
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
sandra.c.freeman@protonmail.com 720-593-9004

This Wednesday, May 30, 2018.