# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**CHRISTOPHER CANTWELL**

vs.

**EMILY GORCENSKI et al**

Action No: 3:17-cv-00089
Date: June 7, 2018
Judge: Hon. Joel C. Hoppe, USMJ
Court Reporter: FTR/J. Jones
Deputy Clerk: Joyce C. Jones

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Elmer Woodard | Moria Meltzer-Cohen, Sandra C. Freeman and Pamela R. Starsia |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Telephonic Discovery hearing: in re: the timely filing of plaintiff's document 44

Court addresses the issues and concerns of both parties.
Arguments by both parties.
Remarks by the Court.
Court directs Deputy clerk to file an Oral motion and Order re: extension of time as to document 44.

Time: 4:03-4:09=6 min.