APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

**CHRISTOPHER CANTWELL**

CASE NO.: 3:17-CV-00089

v.

DATE: June 7, 2018

**EMILY GORCENSKI et al**

TYPE OF HEARING: Telephonic Discovery hearing

*******************************************************************************

PARTIES:

1. <u>Hon. Joel C. Hoppe, USMJ</u>	6. _____
2. Elmer Woodard – counsel for pltf.	7. _____
3. Moria Meltzer-Cohen – counsel for deft.	8. _____
4. Sandra C. Freeman – counsel for deft.	9. _____
5. Pam Starsia – counsel for deft.	10. _____

*******************************************************************************

Recorded by: <u>Joyce C. Jones</u>					Time in Court: 4:03-4:09

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
| 4:03 | 1 | 4:07 | 1 |  |  |  |  |  |  |
|  | 2 |  | 5 |  |  |  |  |  |  |
|  | 3 |  | 3 |  |  |  |  |  |  |
|  | 4 | 4:08 | 1 |  |  |  |  |  |  |
|  | 5 |  | 2 |  |  |  |  |  |  |
| 4:04 | 1 |  | 1 |  |  |  |  |  |  |
| 4:05 | 2 | 4:09 | 5 |  |  |  |  |  |  |
|  | 1 |  | 2 |  |  |  |  |  |  |
|  | 5 |  | 1 |  |  |  |  |  |  |
| 4:06 | 3 |  | 5 |  |  |  |  |  |  |
|  | 2 |  | END |  |  |  |  |  |  |
|  | 3,5 |  |  |  |  |  |  |  |  |
|  | 1 |  |  |  |  |  |  |  |  |
|  | 2 |  |  |  |  |  |  |  |  |