CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 8, 2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

CHRISTOPHER CANTWELL,

    *Plaintiff*,

v.

EMILY GORCENSKI AND KRISTOPHER GOAD,

    *Defendants.*

CASE NO. 3:17-cv-00089

ORDER

JUDGE NORMAN K. MOON

Upon the request of the parties, and pursuant to 28 U.S.C. § 636(b)(3) and Rule 16(a)(5) of the Federal Rules of Civil Procedure, this matter is hereby **REFERRED** for mediation with United States Magistrate Judge Joel C. Hoppe. The parties are **ORDERED** to appear before Judge Hoppe and are directed to contact the Deputy Clerk at (540) 434-3181 ext. 8502 to schedule a conference, to the extent they have not already done so.

Entered on this \_\_8th\_\_ day of June, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE