# Elmer Woodard
## Attorney at Law P.C.

5661 US Hwy 29
Blairs, Va 24527
434-TRiangle 8-3422
434.878.3422
isuecrooks@comcast.net

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUN 14 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Monday, June 11, 2018

Clerk
US District Court
255 W. Main St.
Room 304
Charlottesville, Va. 22902

Re: Cantwell v. Gorcenski 3:1700089

Dear Clerk:

I trust receipt hereof finds you well.

The Amended Complaint in this case contains references to Exhibits and also to MP files. These latter are video and image files. I am enclosing a DVD with copies of the exhibits and also the MP files.

With kind regards, I am

Very Truly Yours,

Elmer Woodard

Cc:
Sandra C. Freeman, Esq.
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020