IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| Christopher Cantwell, )   Plaintiff, ) | | Civil Action No. 3:17Cv000089 |
| ) | | |
| v. ) | | Judge: Norman K. Moon |
| ) | | |
| ) | | |
| Emily Gorcenski et al. )   Defendant. ) | | |

## Motion for Summary Judgment

Comes now the Plaintiff, by counsel, and pursuant to Fed R. Civ. P. 56, moves the court for partial summary judgment. No genuine issue of material fact exists as to whether Defendant Gorcenski maliciously prosecuted the Plaintiff, as set forth on the accompanying memorandum.

Christopher Cantwell

_____

Elmer Woodard
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net

CERTIFICATE OF SERVICE

  The undersigned, being an attorney duly licensed to practice law in the State of Virginia, does hereby certify that a copy of the foregoing was duly served upon the opposing counsel this date as follows:

    By personally hand delivering a copy the same to him or to one of his employees at his office;

    By fax transmission;

XXX   By electronic mail or the court's electronic means;

    By depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

    ADDRESSEE:
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
sandra.c.freeman@protonmail.com 720-593-9004


  This Wednesday, July 04, 2018.

*Elmer Woodard*