# Elmer Woodard
## Attorney at Law P.C.

5661 US Hwy 29
Blairs, Va 24527
434-TRiangle 8-3422
434.878.3422
isuecrooks@comcast.net

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 0 9 2018

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

Friday, July 06, 2018

Clerk,
United States District Court
Western District of Virginia
Charlottesville Division

Re: Cantwell v. Gorcenski, Civil Action No. 3:17Cv000089

Dear Sir:

    I trust receipt hereof finds you well.

    Enclosed please find a disk containing the exhibits to Cantwell's Motion for Partial Summary Judgment against Gorcenski.

    With kind regards, I am

                      Very Truly Yours,

                      Elmer Woodard

Cc:
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020