UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA, CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| CHRISTOPHER CANTWELL, ) | ) | |
| Plaintiff/Counter-Defendant ) | ) | |
| ) | | |
| v. ) | ) | 3:17-CV-00089 (NKM-JCH) |
| ) | | |
| EMILY GORCENSKI, ) | ) | |
| KRISTOPHER GOAD, ) | ) | |
| Defendants/Counter-Claimants ) | ) | |
| ) | | |

## MOTION TO STAY PROCEEDINGS

Ms. Emily Gorcenski and Mr. Kristopher Goad, Defendants/Counter-Claimants, by counsel, and with the consent of Plaintiff/Counter-Defendant Christopher Cantwell, hereby respectfully request that this Court enter an order to stay the proceedings in the above-captioned matter. In support of this request, Ms. Gorcenski and Mr. Goad state the following:

1. On December 28, 2017 Plaintiff/Counter-Defendant Cantwell filed suit in this matter against Defendants/Counter-Claimants Gorcenski and Goad;

2. Plaintiff/Counter-Defendant Cantwell is currently awaiting trial before the Albemarle Circuit Court in the matters of <u>Commonwealth v. Christopher Cantwell</u> (CR17000784 and CR17000785);

3. The claims in this matter arise from the same nucleus of operative facts as the criminal matters currently pending before the Albemarle Circuit Court;

4. The parties agree that there is good cause to stay these proceedings pending resolution of the Plaintiff's criminal matters in state court;

5. All parties and their counsel consent to stay these proceedings until the criminal matters are resolved.

For the foregoing reasons and any others that may appear to this Court, Defendants/Counter-Claimants Emily Gorcenski and Kristopher Goad hereby request that the Court enter an order to stay all proceedings (including motions and responses thereto) until the criminal matters against the Plaintiff/Counter-Defendant are resolved.

Respectfully submitted this 18th day of July, 2018.
EMILY GORCENSKI
KRISTOPHER GOAD
By Counsel

/s/ *Sandra Freeman*
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
sandra.c.freeman@protonmail.com
720-593-9004

/s/ *Pamela Starsia*
Pamela Starsia, Esq.
Virginia State Bar No. 88657
1801 E. 51st Street, Suite 365-472
Austin, TX 78723
pamstarsia@starsialaw.com
Tel: 434-260-0603
Fax: 434-237-0730

/s/ *Moira Meltzer-Cohen*
Moira Meltzer-Cohen, Esq.
Admitted Pro Hac Vice
277 Broadway, Suite 1501
New York, New York 10007
meltzercohen@gmail.com
Tel: 718-450-3035

*Counsel for Defendants/Counter-Claimants Emily Gorcenski and Kristopher Goad*

## CERTIFICATE OF SERVICE

I, Sandra C. Freeman, hereby certify that I served a true and correct copy of the foregoing document upon the person(s) herein next designated, on the date shown below, by electronically delivering the same at his/her/their last known address(es), to wit:

ELMER WOODARD, Attorney for Christopher Cantwell
5661 US Highway 29
Blairs, Virginia 24527
434-Triangle 8-3422
434-878-3422
isuecrooks@comcast.net

Dated July 18, 2018.  /s/ *Sandra C. Freeman*
Sandra C. Freeman, Esq.