UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA, CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| CHRISTOPHER CANTWELL, Plaintiff/Counter-Defendant | ) ) ) ) | |
| v. | ) ) | 3:17-CV-00089 (NKM-JCH) |
| EMILY GORCENSKI, KRISTOPHER GOAD, Defendants/Counter-Claimants | ) ) ) ) ) | |

## AGREEED ORDER TO STAY PROCEEDINGS

WHEREAS the Parties agree that there is good cause to enter a stay of the proceedings in the above-captioned matter and that such a stay is proper pending resolution of the criminal proceedings in the matters of <u>Commonwealth v. Christopher Cantwell</u>, (CR17000784 and CR17000785) which are currently pending before the Circuit Court of Albemarle County, Virginia,

The Court finds that there is good cause to stay these proceedings and it is hereby ORDERED that the proceedings in this matter shall be stayed,

The Court further ORDERS that response to and ruling upon any and all motions currently pending before the Court in this matter shall also be stayed,

1

The Court further ORDERS that this stay shall remain in full force and effect until one week following the conclusion of the criminal proceedings currently pending before the Circuit Court for Albemarle County, Virginia.

Entered this _____ day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

2

Case 3:17-cv-00089-NKM-JCH   Document 64-1   Filed 07/18/18   Page 2 of 2   Pageid#: 1034