CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
09/07/2018
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| CHRISTOPHER CANTWELL, ) | | |
|     Plaintiff, ) | Civil Action No. 3:17cv00089 | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| EMILY GORCENSKI, et al., ) | By:   Joel C. Hoppe | |
|     Defendants. ) | United States Magistrate Judge | |

On July 19, 2018, the Court entered an Order on the parties' joint motion and stayed this case pending conclusion of the criminal proceedings against Christopher Cantwell in the Circuit Court of Albemarle County. ECF No. 65. The Court directed the parties to provide a status report within one week following the conclusion of the criminal proceedings. As it appears that those criminal proceedings have concluded, the parties are hereby **DIRECTED** to provide a status report within seven (7) days.

    It is so **ORDERED**.

ENTER: September 7, 2018

Joel C. Hoppe
United States Magistrate Judge