# UNITED STATES DISTRICT COURT for the
# WESTERN DISTRICT OF VIRGINIA, CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Christopher Cantwell )<br>*Plaintiff/Counter Defendant* )<br> )<br>v. )<br> )<br>Emily Gorcenski, )<br>Kristopher Goad, )<br>*Defendants/Counter Claimants* ) | Case No. 3:17-CV-00089 (NKM/JCH) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's Order dated September 7, 2018 (ECF No. 66), Defendants Emily Gorcenski and Kristopher Goad (collectively "Defendants"), by counsel, provide the following status report in this matter:

1. On information and belief, Plaintiff entered a plea of guilty on July 20, 2018 to two counts of misdemeanor assault and battery in the criminal proceedings against him in Albemarle County Circuit Court. Defendants do not have access to any details or documents related to Plaintiff's plea.

2. On information and belief, Defendants believe that the criminal proceedings against Plaintiff have now concluded.

3. By email, through counsel, Defendants and Plaintiff have agreed in principal to fully resolve the present civil case through mutual withdrawal and release of all claims and counterclaims. The parties are in the process of negotiating a settlement agreement to reflect this agreement and resolution.

4. Defendants would request that the Court continue the stay of proceedings in this case while the parties continue to negotiate and finalize the terms of the settlement agreement, which they expect to fully resolve the case.

Respectfully submitted this 14th day of September, 2018.

       EMILY GORCENSKI
       KRISTOPHER GOAD
       By Counsel

       /s/ *Sandra Freeman*
       Sandra C. Freeman, Esq.
       Virginia State Bar No. 78499
       5023 W. 120th Avenue, #280
       Broomfield, Colorado 80020
       sandra.c.freeman@protonmail.com
       720-593-9004

       /s/ *Pamela Starsia*
       Pamela Starsia, Esq.
       Virginia State Bar No. 88657
       1801 E. 51st Street, Suite 365-472
       Austin, TX 78723
       pamstarsia@starsialaw.com
       Tel: 434-260-0603
       Fax: 434-237-0730


       /s/ *Moira Meltzer-Cohen*
       Moira Meltzer-Cohen, Esq.
       Admitted Pro Hac Vice
       277 Broadway, Suite 1501
       New York, New York 10007
       meltzercohen@gmail.com
       718-450-3035

       *Counsel for Defendants Emily Gorcenski*
       *and Kristopher Goad*

CERTIFICATE OF SERVICE

I, Pamela Starsia, hereby certify that on September 14, 2018, I electronically filed the foregoing Defendants' Status Report, with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that counsel for all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 14, 2018.

/s/ *Pamela Starsia*
Pamela Starsia