IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

Christopher Cantwell,  )
    Plaintiff,  )    No. 3:17-cv-000089 (NKM/JKH)
)
v.  )    Judge: Norman K. Moon
)
)
Emily Gorcenski et al.  )
    Defendant.  )

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Come now the parties, and do hereby stipulate and agree that the above captioned action is voluntarily dismissed as to all claims, counterclaims, and all other matters between all parties, with prejudice, pursuant to Fed R. Civ. P. 41.

Date: November 15, 2018

/s/ Elmer Woodard_____
Elmer Woodard
Attorney at Law
5661 US Hwy 29
Blairs VA 24527
434-878-3422
VSB 27734
isuecrooks@comcast.net

*Counsel for Plaintiff Christopher Cantwell*

*/s/ Pamela Starsia*
Pamela R. Starsia (VSB# 88657)
1801 E. 51st Street, Suite 365-472
Austin, TX 78723
Tel: (434) 260-0603
Email: pamstarsia@starsialaw.com

/s/ *Sandra Freeman*_____
Sandra C. Freeman, Esq.
Virginia State Bar No. 78499
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
sandra.c.freeman@protonmail.com
720-593-9004

/s/ *Moira Meltzer-Cohen*
Moira Meltzer-Cohen, Esq.
Admitted Pro Hac Vice
277 Broadway, Suite 1501
New York, New York  10007
meltzercohen@gmail.com
718-450-3035

*Counsel for Defendants Emily Gorcenski and Kristopher Goad*

CERTIFICATE OF SERVICE

I, Pamela Starsia, hereby certify that on November 15, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal and Proposed Order, with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that counsel for all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 15, 2018.

/s/ *Pamela Starsia*
Pamela Starsia