UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| Christopher Cantwell )<br>*Plaintiff/Counter Defendant* )<br> )<br>v. )<br> )<br>Emily Gorcenski, )<br>Kristopher Goad, )<br>*Defendants/Counter Claimants* ) | Case No. 3:17-CV-00089 (NKM/JCH)<br><br>**PROPOSED ORDER**<br>By:   Joel C. Hoppe<br>United States Magistrate Judge |

## PROPOSED ORDER

Pursuant to the joint stipulation of dismissal filed by the Parties on November 15, 2018, the stipulation is approved, and the Court hereby orders that the above-captioned matter is dismissed in its entirety, including all claims and counterclaims, with prejudice, with each Party to bear their own costs and attorneys' fees.

It is so **ORDERED**.

                                                    Enter: November _____, 2018

                                                   _____
                                                   Joel C. Hoppe
                                                   United States Magistrate Judge